Squire Patton Boggs (US) LLP
Adam R. Fox (State Bar # 220584)
adam.fox@squirepb.com
Erin M. Gilmore (State Bar # 324319)
erin.gilmore@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone:     +1 213 624 2500
Facsimile:      +1 213 623 4581

Attorneys for Defendant
MARTIAN SALES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.M. and M.C, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARTIAN SALES, INC.,<br><br>Defendant. | Case No. 3:23-cv-06202<br><br>**DECLARATION OF MARK REILLY IN SUPPORT OF DEFENDANT MARTIAN SALES, INC.'S MOTION TO DISMISS THE COMPLAINT**<br><br>**Judge**: Judge Araceli Martínez-Olguín<br>**Ctrm**: 10, 19th Floor<br>**Hearing Date**: May 2, 2024<br>**Hearing Time**: 2:00 p.m. |

**AFFIDAVIT OF MARK REILLY IN SUPPORT OF MOTION TO DISMISS**

I, Mark Reilly, declare:

1. I am over the age of 18, have personal knowledge of the facts set forth in this affidavit, and, if called to testify, could and would testify competently thereto.

2. I am employed by Martian Sales, Inc., as President.

3. I am familiar with the allegations in Plaintiff's Complaint in *C.M. and M.C. v. Martian Sales, Inc. et al.*, Case No. 3:23-cv-06202, pending in the United States District Court for the Northern District of California.

4. Martian Sales was incorporated in Wyoming on July 19, 2012. Martian Sales's principal place of business is in Wyoming, at 1621 Central Avenue Cheyenne, Wyoming, 82001.

5. Martian Sales owns the trademark for O.P.M.S. products.

6. Martian Sales does not operate, conduct, engage in, carry on, or transact business of any kind in California. Martian Sales maintains no offices, places of business, post office boxes, or telephone listings in California and has never done so.

7. Martian Sales has no real estate, bank accounts, or other interest in property in California, and has not had real estate, bank accounts, or other interest in property in California.

8. Martian Sales has not incurred any obligation to pay, and has not paid, any taxes in California.

9. Martian Sales has no employees in California and has not recruited any employees from California.

10. Martian Sales conducts no activities in California, is not registered to do business in California, and does not maintain a registered agent for service of process in California. Accordingly, it does not consider itself at home in California.

11. All O.P.M.S. products are sold by Martian Sales to a singular out-of-state distributor. The distributor is not domiciled, located, or registered to do business in California.

12. Martian Sales does not individually distribute O.P.M.S. products to the State of California.

13. Martian Sales solely contracts with manufacturers outside of the state of California to manufacture O.P.M.S. products.

14. Martian Sales does not directly sell products to individuals, in California or otherwise.

15. Nor does Martian Sales have any contracts with entities that are domiciled or "at home" in the State of California.

16. Martian Sales does not retain any control over the product or distribution channel after initially selling it to the distributor.

17. Martian Sales does not engage in any advertising within the State of California and does not direct any advertising campaigns to the state of California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Mark Reilly