1  KILPATRICK TOWNSEND & STOCKTON LLP
   MICHELE FLOYD (State Bar No. 163031)
2  MFloyd@ktslaw.com
   Two Embarcadero Center, Suite 1900
3  San Francisco, CA 94111
   Telephone:  415 576 0200
4  Facsimile:   415 576 0300

5  GWENDOLYN C. PAYTON (*pro hac vice*)
   GPayton@ktslaw.com
6  Suite 3700, 1420 Fifth Avenue
   Seattle, WA 98101
7  Telephone:  206 467 9600
   Facsimile:   206 623 6793
8
   Attorneys for Defendants
9  MARTIAN SALES, INC.; CAG HOLDINGS
   CO, LLC; CALIBRE MANUFACTURING, LLC;
10 JOPEN LLC; LGI HOLDINGS, LLC; LP IND.,
   LLC; NUZA, LLC; PEYTON SHEA PALAIO
11

12                    UNITED STATES DISTRICT COURT

13                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                            SAN FRANCISCO DIVISION

15

16 | C.M. and M.C., on behalf of himself and all others similarly situated, | Civil Action No. 3:23-CV-06202-AMO |
17 | | |
   | Plaintiff, | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT PURSUANT TO L.R. 6-1 AND ORDER** |
18 | | |
   | v. | |
19 | | |
   | MARTIAN SALES, INC.; (D/B/A CHOICE ORGANICS); PEYTON SHEA PALAIO (A/K/A PAYTON PALAIO OR PEYTON PALAIA); JOPEN LLC (D/B/A A1 WHOLESALE, PARTY NUTS, EVOLUTIONARY ORGANICS, INNOVO ACTIVAS, AMERICAN KRATOMD); LGI HOLDINGS, LLC (D/B/A ALPHABET WHOLESALE); LP IND., LLC (D/B/A OLISTICA LIFE SCIENCES GROUP, CENTRALIZED SERVICES, JORDAN PROCESS, CASCADE NATURALS, DELLA TERRA PHARMACEUTICALS, NATUREA BIOMATERIALS [A/K/A CANNOPY CORPORATION]); CAG HOLDINGS CO, LLC (D/B/A COMPANION AG); CALIBRE MANUFACTURING, LLC (F/K/A | Complaint Filed:         November 30, 2023<br>Amended Complaint Filed:  August 30, 2024<br>Current Response Date:    October 4, 2024<br>New Response Date: October 25, 2024<br><br>*Before the Hon. Araceli Martinez-Olguin* |

1  ADVANCED NUTRITION, LLC); NUZA,
   LLC (A/K/A NUZA LOGISTICS, F/K/A
2  ADVANCED NUTRITION, LLC); JOHN
   DOE CORPORATIONS 1-10; AND OTHER
3  JOHN DOE ENTITIES 1-10

4         Defendants.

**JOINT STIPULATION**

Plaintiffs C.M. and M.C. (collectively, "Plaintiffs") and Defendants Martian Sales, Inc., CAG Holdings CO, LLC, Calibre Manufacturing, LLC, Jopen LLC, LGI Holdings, LLC, LP Ind., LLC, Nuza, LLC, Peyton Shea Palaio, by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, the initial Complaint in this matter was filed on November 30, 2023, in the United State District Court, Northern District of California (Dkt. 1).

**WHEREAS**, this case has been assigned to Judge Araceli Martinez-Olguin (Dkt. 9).

**WHEREAS**, on December 21, 2023, Martian Sales was served with the Summons and Complaint (Dkt. 11).

**WHEREAS**, the Amended Complaint in this matter was filed on August 30, 2024 (Dkt. 42).

**WHEREAS**, on September 3, 2024, CAG Holdings CO, LLC, Calibre Manufacturing, LLC, Jopen LLC, LGI Holdings, LLC, LP Ind., LLC, Nuza, LLC, Peyton Shea Palaio were served with the Summons and Amended Complaint.

**WHEREAS**, pursuant to the Court's Order, Martian Sales, Inc., CAG Holdings CO, LLC, Calibre Manufacturing, LLC, Jopen LLC, LGI Holdings, LLC, LP Ind., LLC, Nuza, LLC, Peyton Shea Palaio's responsive pleadings are due October 4, 2024 (Dkt. 41).

**WHEREAS**, the Parties have agreed to a thirty (30) day extension of time by which Martian Sales can respond to Plaintiffs' Amended Complaint.

**WHEREAS**, extending the foregoing deadlines will not impact any other deadlines in this case.

**WHEREAS**, the parties previously agreed to extend time for Martian Sales to respond to the initial Complaint (Dk. 14) and for Plaintiff to file an Amended Complaint (Dkt. 40).

**WHEREAS,** the parties have not previously requested to extend the deadline for Martian Sales, Inc., CAG Holdings CO, LLC, Calibre Manufacturing, LLC, Jopen LLC, LGI Holdings, LLC, LP Ind., LLC, Nuza, LLC, Peyton Shea Palaio to respond to the Amended Complaint.

**WHEREFORE**, the Parties hereby agree that the time for Martian Sales, Inc., CAG Holdings CO, LLC, Calibre Manufacturing, LLC, Jopen LLC, LGI Holdings, LLC, LP Ind., LLC, Nuza, LLC, Peyton Shea Palaio to respond to the Amended Complaint is extended to October 25, 2024.

DATED: September 9, 2024             Respectfully submitted,

                                     BURSOR & FISHER, PA


                                     By: */s/ Neal Deckant*
                                         NEAL DECKANT
                                         LUKE SIRONSKI-WHITE

                                     Attorneys for Plaintiffs and the Putative Class


DATED: September 9, 2024             Respectfully submitted,

                                     KILPATRICK TOWNSEND & STOCKTON LLP


                                     By: */s/ Michele Floyd*
                                         GWENDOLYN C. PAYTON
                                         MICHELE FLOYD

                                     Attorneys for Defendants
                                     MARTIAN SALES, INC..; CAG HOLDINGS
                                     CO, LLC; CALIBRE MANUFACTURING, LLC;
                                     JOPEN LLC; LGI HOLDINGS, LLC; LP IND.,
                                     LLC; NUZA, LLC; PEYTON SHEA PALAIO


### SIGNATURE ATTESTATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

                                     */s/ Michele Floyd*
                                     Michele Floyd

**ORDER**

Pursuant to the Joint Stipulation to Extend Time to Respond to the Amended Complaint pursuant to L.R. 6-1 filed by the parties, and for good cause, IT IS SO ORDERED that Martian Sales, Inc.'s responsive pleading to Plaintiffs' Amended Complaint will be due on October 25, 2024.

Dated: September _____, 2024

_____
Hon. Araceli Martinez-Olguin
United States District Judge