| | |
|---|---|
| 1 | MICHELE D. FLOYD (State Bar No. 163031) |
|   | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | Two Embarcadero Center, Suite 1900 |
|   | San Francisco, CA 94111 |
| 3 | Telephone:   (415) 576-0200 |
|   | Facsimile:    (415) 576-0300 |
| 4 | E-Mail:         mfloyd@ktslaw.com |

GWENDOLYN C. PAYTON (*Pro Hac Vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700
Seattle, Washington 98101
Telephone:   (206) 626-7714
Facsimile:    (206) 623-6793
E-Mail:         gpayton@ktslaw.com

Attorneys for Defendants
MARTIAN SALES, INC., PEYTON SHEA PALAIO, JOPEN LLC
LGI HOLDINGS, LLC, LP IND., LLC, CAG HOLDINGS CO, LLC,
CALIBRE MANUFACTURING, LLC, AND NUZA, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| C.M. and M.C., on behalf of themselves and all others similarly situated, | Case No. 3:23-cv-06202-AMO |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS** |
| v. | **[FED. R. CIV. PROC. 12(B)(2); 12(B)(6)]** |
| MARTIAN SALES, INC. (d/b/a CHOICE ORGANICS); PEYTON SHEA PALAIO (a/k/a PAYTON PALAIO or PEYTON PALAIA); JOPEN LLC (d/b/a A1 WHOLESALE, PARTY NUTS, EVOLUTIONARY ORGANICS, INNOVO ACTIVAS, AMERICAN KRATOMD); LGI HOLDINGS, LLC (d/b/a ALPHABET WHOLESALE); LP IND., LLC (d/b/a OLISTICA LIFE SCIENCES GROUP, CENTRALIZED SERVICES, JORDAN PROCESS, CASCADE NATURALS, DELLA TERRA PHARMACEUTICALS, NATUREA BIOMATERIALS [a/k/a CANNOPY CORPORATION]); CAG HOLDINGS CO, LLC (d/b/a COMPANION | Date:    March 6, 2025<br>Time:    2:00 p.m.<br>Ctrm.:   10, 19th Floor<br>Judge:   Honorable Araceli Martinez-Olguin<br><br>First Amended Complaint Filed: 08/30/2024 |

DEFENDANTS' MOTION TO DISMISS
CASE NO.: 3:23-CV-06202-AMO

AG); CALIBRE MANUFACTURING, LLC (f/k/a ADVANCED NUTRITION, LLC); NUZA, LLC (a/k/a NUZA LOGISTICS, f/k/a ADVANCED NUTRITION, LLC); JOHN DOE CORPORATIONS 1-10; and OTHER JOHN DOE ENTITIES 1-10,

    Defendant.

THIS MATTER having come before the Court upon Defendants' Motion to Dismiss [Fed. R. Civ. Proc. 12(B)(2); 12(B)(6)], and the Court having considered the motions, declarations, exhibits, and pleadings in this matter,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is GRANTED.

DATED this _____ day of _____, 2025.

_____
THE HONORABLE ARACELI MARTINEZ-OLGUIN

Presented By:

 /s/ Gwendolyn C. Payton
**KILPATRICK TOWNSEND & STOCKTON LLP**
Gwendolyn C. Payton, (Pro Hac Vice)
Michele D. Floyd (State Bar No. 163031)
gpayton@ktslaw.com
mfloyd@ktslaw.com
Address:  1420 5th Avenue, Suite 3700
Seattle, WA  98101
Telephone:  206.467.9600
Fax:  206.623.6793

Attorneys for Defendants
*MARTIAN SALES, INC., PEYTON SHEA PALAIO, JOPEN LLC, LGI HOLDINGS, LLC, LP IND., LLC, CAG HOLDINGS CO, LLC, CALIBRE MANUFACTURING, LLC, AND NUZA, LLC*

DEFENDANTS' MOTION TO DISMISS
CASE NO.: 3:23-CV-06202-AMO