1    KILPATRICK TOWNSEND & STOCKTON LLP
     MICHELE FLOYD (State Bar No. 163031)
2    MFloyd@ktslaw.com
     Two Embarcadero Center, Suite 1900
3    San Francisco, CA  94111
     Telephone:   415 576 0200
4    Facsimile:    415 576 0300

5    GWENDOLYN C. PAYTON (*pro hac vice*)
     GPayton@ktslaw.com
6    Suite 3700, 1420 Fifth Avenue
     Seattle, WA  98101
7    Telephone:   206 467 9600
     Facsimile:    206 623 6793

8
     Attorneys for Defendants
9    MARTIAN SALES, INC.; CAG HOLDINGS
     CO, LLC; CALIBRE MANUFACTURING, LLC;
10   JOPEN LLC; LGI HOLDINGS, LLC; LP IND.,
     LLC; NUZA, LLC; PEYTON SHEA PALAIO
11

12                   **UNITED STATES DISTRICT COURT**

13              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14                      **SAN FRANCISCO DIVISION**

15

16   C.M. and M.C., on behalf of himself and all       Civil Action No. 3:23-CV-06202-AMO
     others similarly situated,
17                                                      **STIPULATION TO CONTINUE CASE**
                    Plaintiff,                          **MANAGEMENT CONFERENCE**
18
          v.                                            **[Civ. Local Rule 6-2]**
19
     MARTIAN SALES, INC.; (D/B/A CHOICE                 Complaint Filed:        November 30, 2023
20   ORGANICS); PEYTON SHEA PALAIO                      Amended Complaint Filed:  August 30, 2024
     (A/K/A PAYTON PALAIO OR PEYTON
21   PALAIA); JOPEN LLC (D/B/A A1                        *Before the Hon. Araceli Martinez-Olguin*
     WHOLESALE, PARTY NUTS,
22   EVOLUTIONARY ORGANICS, INNOVO
     ACTIVAS, AMERICAN KRATOMD); LGI
23   HOLDINGS, LLC (D/B/A ALPHABET
     WHOLESALE); LP IND., LLC (D/B/A
24   OLISTICA LIFE SCIENCES GROUP,
     CENTRALIZED SERVICES, JORDAN
25   PROCESS, CASCADE NATURALS,
     DELLA TERRA PHARMACEUTICALS,
26   NATUREA BIOMATERIALS [A/K/A
     CANNOPY
27   CORPORATION]); CAG HOLDINGS CO,
     LLC (D/B/A COMPANION AG); CALIBRE
28   MANUFACTURING, LLC (F/K/A

     JOINT STIPULATION TO DEFER FILING
     JOINT CASE MANAGEMENT STATEMENT                                             - 1 -
     CASE NO. 3:23-CV-06202-AMO

1   ADVANCED NUTRITION, LLC); NUZA,
    LLC (A/K/A NUZA LOGISTICS, F/K/A
2   ADVANCED NUTRITION, LLC); JOHN
    DOE CORPORATIONS 1-10; AND OTHER
3   JOHN DOE ENTITIES 1-10

4           Defendants.

5
6                   **JOINT STIPULATION**

7           Pursuant to Civil Local Rule 6-2. Plaintiffs C.M. and M.C. (collectively, "Plaintiffs") and

8   Defendants Martian Sales, Inc., CAG Holdings CO, LLC, Calibre Manufacturing, LLC, Jopen

9   LLC, LGI Holdings, LLC, LP Ind., LLC, Nuza, LLC, Peyton Shea Palaio (collectively,

10  "Defendants"), by and through their counsel of record, hereby stipulate as follows:

11          **WHEREAS**, the Court has ordered that the Case Management Statement is due by

12  November 6, 2024, and has scheduled a Case Management Conference in the above-captioned

13  matter for November 13, 2024 (Dkt. 58)

14          **WHEREAS**, Defendants filed a motion to dismiss Plaintiffs' claims pursuant to Federal

15  Rules of Civil Procedure 12(b)(2) and 12(b)(6) on October 25, 2024 (Dkt. 59) that is currently

16  pending before this Court;

17          **WHEREAS**, the parties have met and conferred regarding the Joint Case Management

18  Statement as required by Civil Local Rule 16-9 and the Standing Order for All Judges of the

19  Northern District of California and agree that given the pendency of Defendants' Motion to

20  Dismiss brought pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(5), continuing the

21  Case Management Conference and related dates until after the Court rules on the pending Motion

22  to Dismiss will best serve the interests of judicial economy.

23          IT IS THEREFORE STIPULATED AND AGREED, by and between the parties here to,

24  and subject to the approval of the Court, as follows:

25          1.      In the interests of efficiency and judicial economy, the parties request that the Case

26  Management Conference, currently scheduled for November 14, 2024, be continued until 21 days

27  after the Court resolves the pending Motion to Dismiss;

28          2.      The Parties will file a Case Management Conference Statement that includes a

1  pretrial discovery and motion schedule 7 days prior to the date set by the Court for the continued

2  Case Management Conference;

3        3.      The parties will exchange Initial Disclosures concurrently with the Case

4  Management Conference Statement.

5

6  DATED:  October 28, 2024      Respectfully submitted,

7        BURSOR & FISHER, PA

8

9        By: */s/ Neal Deckant*
      NEAL DECKANT

10        LUKE SIRONSKI-WHITE

11        Attorneys for Plaintiffs and the Putative Class

12

13

14  DATED:  October 28, 2024      Respectfully submitted,

15        KILPATRICK TOWNSEND & STOCKTON LLP

16

17        By: */s/ Gwendolyn C. Payton*
      GWENDOLYN C. PAYTON

18        MICHELE FLOYD

19        Attorneys for Defendants

20        MARTIAN SALES, INC..; CAG HOLDINGS
      CO, LLC; CALIBRE MANUFACTURING, LLC;
      JOPEN LLC; LGI HOLDINGS, LLC; LP IND.,

21        LLC; NUZA, LLC; PEYTON SHEA PALAIO

22

23  **SIGNATURE ATTESTATION**

24

25        I hereby attest that I have on file all holographic signatures corresponding to any signatures

26  indicated by a conformed signature (/s/) within this e-filed document.

27        */s/ Gwendolyn C. Payton*

28        Gwendolyn C. Payton

1

## <u>ORDER</u>

2          Pursuant to the Joint Stipulation to Continue the Case Management Conference IT IS

3     ORDERED as follows:

4          1.   The Case Management Conference scheduled for November 14, 2024 is continued as

5               set forth below;

6          2.   The Court will reset the Case Management Conference for 21 days following its order

7               on the pending Motion to Dismiss, or as soon thereafter as the Court's calendar

8               permits;

9          3.   The parties will file a joint case management statement 7 days prior to the Case

10              Management Conference or on such other date as the Court may order;

11         4.   The parties will exchange Initial Disclosures concurrently with the filing of the Joint

12              Case Management Conference Statement.

13    Dated: October _____, 2024

14

15

16                                    _____
                                      Hon. Araceli Martinez-Olguin
17                                    United States District Judge

18

19

20

21

22

23

24

25

26

27

28