| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | MICHELE FLOYD (State Bar No. 163031) |
|   | MFloyd@ktslaw.com |
| 3 | Two Embarcadero Center, Suite 1900 |
|   | San Francisco, CA  94111 |
| 4 | Telephone:   415 576 0200 |
|   | Facsimile:   415 576 0300 |

GWENDOLYN C. PAYTON (*pro hac vice*)
GPayton@ktslaw.com
Suite 3700, 1420 Fifth Avenue
Seattle, WA  98101
Telephone:   206 467 9600
Facsimile:   206 623 6793

Attorneys for Defendants
MARTIAN SALES, INC.; CAG HOLDINGS
CO, LLC; CALIBRE MANUFACTURING, LLC;
JOPEN LLC; LGI HOLDINGS, LLC; LP IND.,
LLC; NUZA, LLC; PEYTON SHEA PALAIO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| C.M. and M.C., on behalf of himself and all others similarly situated, | Civil Action No. 3:23-CV-06202-AMO |
| Plaintiff, | **DECLARATION OF MICHELE FLOYD IN SUPPORT OF JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| MARTIAN SALES, INC.; (D/B/A CHOICE ORGANICS); PEYTON SHEA PALAIO (A/K/A PAYTON PALAIO OR PEYTON PALAIA); JOPEN LLC (D/B/A A1 WHOLESALE, PARTY NUTS, EVOLUTIONARY ORGANICS, INNOVO ACTIVAS, AMERICAN KRATOMD); LGI HOLDINGS, LLC (D/B/A ALPHABET WHOLESALE); LP IND., LLC (D/B/A OLISTICA LIFE SCIENCES GROUP, CENTRALIZED SERVICES, JORDAN PROCESS, CASCADE NATURALS, DELLA TERRA PHARMACEUTICALS, NATUREA BIOMATERIALS [A/K/A CANNOPY CORPORATION]); CAG HOLDINGS CO, LLC (D/B/A COMPANION AG); CALIBRE MANUFACTURING, LLC (F/K/A | [Civ. Local Rule 6-2]<br><br>Complaint Filed:      November 30, 2023<br>Amended Complaint Filed:  August 30, 2024<br><br>*Before the Hon. Araceli Martinez-Olguin* |

|   |   |
|---|---|
| 1 | ADVANCED NUTRITION, LLC); NUZA, LLC (A/K/A NUZA LOGISTICS, F/K/A ADVANCED NUTRITION, LLC); JOHN DOE CORPORATIONS 1-10; AND OTHER JOHN DOE ENTITIES 1-10 |

Defendants.

I, Michele Floyd, declare as follows:

1. I am an attorney at law duly authorized to practice before the courts of California, including the above-captioned court. I am a partner at Kilpatrick Townsend & Stockton LLP, attorneys of record for defendants Martian Sales, Inc., Peyton Shea Palaio, Jopen, LLC, LGI Holdings, LLC, LP Ind., LLC, CAG Holdings Co., LLC, Calibre Manufacturing, LLC and Nuza, LLC. I have personal knowledge of the facts set forth in this declaration except as to those facts set forth upon information and belief. As to those facts, I believe them to true. If called as a witness, I could and would testify competently to the facts set forth below. I make this Declaration in Support of the parties' Joint Stipulation to Continue the Case Management Conference and related dates.

2. The Court has set a Case Management Conference for November 13, 2024 with a Joint Case Management Conference Statement due on November 6, 2024. Dkt. 58.

3. On October 24, 2024, I, along with my colleague, Ashley D. Burman, had a video call with Neal Deckant and Luke Sironski-White, counsel for Plaintiffs regarding the Case Management Statement. During that call, the parties agreed that, given the pendency of Defendants' Motion to Dismiss brought pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(5), continuing the Case Management Conference and related dates until after the Court rules on the pending Motion to Dismiss would be efficient and would best serve the interests of judicial economy.

4. There have been three previous stipulated extensions of time in this case. The parties previously stipulated on February 20, 2024 to modify the briefing schedule pursuant to Civ. Local Rule 6-1. Dkt. 21. This Court approved this stipulated extension on February 21, 2024. Dkt. 22.

5. On August 14, 2024, the parties stipulated to extend Plaintiffs' time to file their First Amended Complaint. Dkt. 40. This Court approved this stipulated extension that same day. Dkt. 41.

6. On September 9, 2024, the parties stipulated to extend Defendants' time to respond to Plaintiffs' First Amended Complaint. Dkt. 47. The Court approved this stipulated extension on September 10, 2024. Dkt. 48.

7. There have been no previous requests to continue the Initial Case Management Conference.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of October, 2024 at San Francisco, California.

*/s/ Michele Floyd*
Michele Floyd

DECLARATION OF MICHELE FLOYD IN SUPPORT OF JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:23-CV-06202-AMO

- 3 -