**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
Luke Sironski-White (State Bar No. 348441)
1990 North California Boulevard, 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ndeckant@bursor.com
        lsironski@bursor.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.M. and M.C., on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>MARTIAN SALES, INC. (d/b/a CHOICE ORGANICS); PEYTON SHEA PALAIO (a/k/a PAYTON PALAIO or PEYTON PALAIA); JOPEN LLC (d/b/a A1 WHOLESALE, PARTY NUTS, EVOLUTIONARY ORGANICS, INNOVO ACTIVAS, AMERICAN KRATOM-D); LGI HOLDINGS, LLC (d/b/a ALPHABET WHOLESALE); LP IND., LLC (d/b/a OLISTICA LIFE SCIENCES GROUP, CENTRALIZED SERVICES, JORDAN PROCESS, CASCADE NATURALS, DELLA TERRA PHARMACEUTICALS, NATUREA BIOMATERIALS [a/k/a CANNOPY CORPORATION]); CAG HOLDINGS CO, LLC (d/b/a COMPANION AG); CALIBRE MANUFACTURING, LLC (f/k/a ADVANCED NUTRITION, LLC); NUZA, LLC (a/k/a NUZA LOGISTICS, f/k/a ADVANCED NUTRITION, LLC); JOHN DOE CORPORATIONS 1-10; and OTHER JOHN DOE ENTITIES 1-10,<br><br>      Defendants. | Case No. 3:23-cv-06202-AMO<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Date:  March 6, 2025<br>Time:  2:00 p.m.<br>Courtroom: 10, 19th Floor<br>Judge: Hon. Araceli Martínez-Olguín |

Plaintiffs C.M. and M.C. request that the Court consider and take judicial notice of the following attached exhibits under Federal Rule of Evidence 201, 803(8), (14) and (15):

**Exhibit A:** A true and correct copy of FDA Import Alert 54-15, first published on February 28, 2014.

**Exhibit B:** A true and correct copy of a Certificate of Authority issued by the State of Georgia for Wyoming company Advanced Nutrition, LLC.

**Exhibit C:** A true and correct copy of a warranty deed and statement of authority for an entity named "Precision Biologics, Inc." recorded in Baca County, Colorado on December 13, 2019 and January 4, 2017 as document numbers 428785 and 424532.

**Exhibit D:** A true and correct copy of a certificate of purchase and title for a mobile home owned by Mark Daniel James Reilly at 23298 Highway 160, Springfield, Colorado, recorded by the Baca County, Colorado Recorder on October 10, 2017 as document number 425715.

**Exhibit E:** A true and correct copy of the full National Institute on Drug Abuse's webpage about kratom, reproduced in part by Defendants as Exhibit 1 to ECF No. 60-1.

**Exhibit F:** A true and correct copy of a statement issued on November 14, 2017 by FDA Commissioner Scott Gottlieb, M.D. regarding "deadly risks associate with kratom."

**Exhibit G:** A true and correct copy of a statement issued on February 6, 2018 by FDA Commissioner Scott Gottlieb, M.D. regarding "scientific evidence on the presence of opioid compounds in kratom."

Rule 201 permits courts to take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Under Rule 201, Public records may be judicially noticed. MGIC Indem. Corp. v. Wiesman, 803 F.2d 500, 504 (9th Cir. 1986). Records such as recorded deeds and statements of authority are "true and correct copies of official public records, whose authenticity is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *Barnes v. Mortell*, 2017 WL 86022, at *3 (N.D. Cal. 2017). Rule 803(8) provides that the Court may take notice of statements made by public offices, such as the FDA, but not necessarily for the truth of the

matters asserted therein. *Bargetto v. Walgreen Co.*, No. 22-cv-02639-TLT, 2022 WL 18539360, at *2 (N.D. Cal. Dec. 19, 2022). Rule 803(14) and (15) provide that the Court may take notice of records or statements in documents that affect an interest in property.

Accordingly, these documents are subject to judicial notice. Thus, Plaintiffs respectfully request that the Court take judicial notice of Exhibits A-G.


Dated: December 6, 2024

**BURSOR & FISHER, P.A**.

By:  /s/*Luke W. Sironski-White*

Neal J. Deckant (State Bar No. 322946)
Luke Sironski-White (State Bar No. 348441)
1990 North California Boulevard, 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: ndeckant@bursor.com
       lsironski@bursor.com

**LYNCH CARPENTER, LLP**
Todd D. Carpenter (State Bar No. 234464)
todd@lcllp.com
Scott G. Braden (State Bar No. 305051)
scott@lcllp.com
1234 Camino del Mar
Del Mar, CA 92014
Telephone: (619) 762-1910
Facsimile:  (858) 313-1850

*Attorneys for Plaintiffs*

**EXHIBIT A**

# Import Alert 54-15

**f  SHARE (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.GOV/CMS_IA/IMPORTALERT_1137.HTML)**

**TWEET (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=IMPORT ALERT 54-15&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/CMS_IA/IMPORTALERT_1137.HTML)**

**+  ✉ EMAIL (MAILTO:?SUBJECT=IMPORT ALERT 54-15&BODY=HTTPS://WWW.ACCESSDATA.FDA.GOV/CMS_IA/IMPORTALERT_1137.HTML)**

*(Note: This import alert represents the Agency's current guidance to FDA field personnel regarding the manufacturer(s) and/or products(s) at issue. It does not create or confer any rights for or on any person, and does not operate to bind FDA or the public).*

**Import Alert** # 54-15
**Published Date:** 07/27/2023
**Type:** DWPE

## Import Alert Name:

DETENTION WITHOUT PHYSICAL EXAMINATION OF DIETARY SUPPLEMENTS AND BULK DIETARY INGREDIENTS THAT ARE OR CONTAIN MITRAGYNA SPECIOSA OR KRATOM

## Reason for Alert:

FDA has seen an increase in the number of shipments of dietary supplements and bulk dietary ingredients that are, or contain kratom, also known as Mitragyna speciosa, mitragynine extract, biak-biak, cratom, gratom, ithang, kakuam, katawn, kedemba, ketum, krathom, krton, mambog, madat, Maeng da leaf, nauclea, Nauclea speciosa, or thang. These shipments of kratom have come in a variety of forms, including capsules, whole leaves, processed leaves, leaf resins, leaf extracts, powdered leaves, and bulk liquids made of leaf extracts. Importers' websites have sometimes contained information about how their products are used.

Kratom is a botanical that qualifies as a dietary ingredient under section 201(ff)(1) of the Federal Food, Drug, and Cosmetic Act (the Act) [21 U.S.C. 321(ff)(1)]. When marketed as a dietary ingredient, FDA also considers kratom to be a new dietary ingredient under section 413(d) of the Act [21 U.S.C. 350b(d)] because, to the best of the agency's knowledge, there is no information demonstrating that this substance was marketed as a dietary ingredient in the United States before October 15, 1994.

Furthermore, based on FDA's review of the publicly available information regarding kratom, there does not appear to be a history of use or other evidence of safety establishing that kratom will reasonably be expected to be safe as a dietary ingredient. In fact, the scientific literature disclosed serious concerns regarding the toxicity of kratom in multiple organ systems. Consumption of kratom can lead to a number of health impacts, including respiratory depression, nervousness, agitation, aggression, sleeplessness, hallucinations, delusions, tremors, loss of libido, constipation, skin hyperpigmentation, nausea, vomiting, and severe withdrawal signs and symptoms. In the absence of a history of use or other evidence of safety establishing that kratom will reasonably be expected to be safe as a dietary ingredient, kratom and kratom-containing dietary supplements and bulk dietary ingredients are

adulterated under section 402(f)(1)(B) of the Act [21 U.S.C. 342(f)(1)(B)], because they contain a new dietary ingredient for which there is inadequate information to provide reasonable assurance that such ingredient does not present a significant or unreasonable risk of illness or injury.

## Guidance:

Districts may detain, without physical examination, the specified products from the firms identified in the RED LIST of this alert. The specified dietary supplements and bulk dietary ingredients from the firms listed on the RED LIST of this Import Alert have been found to contain kratom.

When detained products appear to be dietary supplements or bulk dietary ingredients as discussed in this alert and are not currently listed on the RED LIST of this alert, Districts should forward appropriate evidence/documentation as a "Center Review Detention" case via CMS to CFSAN/OC/DE/LDSCT team. Based on the Center's evaluation, a CMS case for addition to the RED LIST of this alert may be forwarded to DIO/IOMB team by the District's Compliance Branch.

Districts should be on alert to the possibility that the labeling, marketing, and/or promotion of kratom and kratom-containing products may indicate that such products appear to be unapproved and/or misbranded drugs. For such products, Import Alert 66-41 may be applicable.

For questions or issues involving import operations, contact DIO's Import Operations and Maintenance Branch at (301) 796-0356.

For questions or issues involving OASIS or PREDICT screening, contact DCS's Import Compliance Systems Branch at ORAOISMDSSIMPCOMPLSYSBR@fda.hhs.gov

For questions or issues concerning preparation of samples for analysis or analytical methodology, contact ORA's Office of Regulatory Science at 301-796-6600.

For questions on policy, sample collection recommendations, or other any addition questions, contact CFSAN/Division of Enforcement's Labeling and Dietary Supplement Compliance Team (HFS-608) at CFSANEnforcement@fda.hhs.gov

## Product Description:

Kratom (aka Mitragyna speciosa, mitragynine extract, biak-biak, cratom, gratom, ithang, kakuam, katawn, kedemba, ketum, krathom, krton, mambog, madat, Maeng da leaf, nauclea, Nauclea speciosa, or thang)

## Charge:

"The article is subject to refusal of admission pursuant to section 801(a)(3) in that it appears to be a dietary supplement or contains a dietary ingredient that is a new dietary ingredient for which there is inadequate information to provide reasonable assurance that such ingredient does not present a significant or unreasonable risk of illness or injury. [Adulteration, Section 402(f)(1)(B)]."

OASIS Charge Code: UNSFDIETSP

**List of firms and their products subject to Detention without Physical Examination (DWPE) under this Import Alert (a.k.a. Red List)**

---

**CANADA**

---

**0904649 BC LTD**
**Date Published : 02/28/2014**
1-950 Old Victoria Rd , Nanaimo , British Columbia CANADA
*53 - - - --* Cosmetics
Date Published: 02/28/2014
Desc: Research Herbs
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 - - - --* Vit/Min/Prot/Unconv Diet(Human/Animal)
Date Published: 02/28/2014
Desc: Research Herbs

**Andreas Mandai**
**Date Published : 02/12/2015**
4390 Grange Street , Burnaby, British Columbia CANADA
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 02/12/2015
Desc: Mitragyna Speciosa (Kratom)
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016

**Kathina T**
**Date Published : 02/28/2014**
499 Granville St #28141 , Vancouver, British Columbia CANADA
*53 - - - --* Cosmetics
Date Published: 02/28/2014
Desc: Brown Incense Product Base
*53 - - - --* Cosmetics
Date Published: 02/28/2014
Desc: Dry Incense
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 - - - --* Vit/Min/Prot/Unconv Diet(Human/Animal)
Date Published: 02/28/2014
Desc: Dry Incense
*54 - - - --* Vit/Min/Prot/Unconv Diet(Human/Animal)

Date Published: 02/28/2014
Desc: Brown Incense Product Base

**Malaspina Gift**
**Date Published : 02/28/2014**
950 Old Victoria# 1 , Nanaimonanaimo, BRITISH COLUMBIA CANADA
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 02/28/2014
Desc: Spiritual Herbs (All Natural Blend Capsules)
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 02/28/2014
Desc: Spiritual Herb Green Goddess
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 02/28/2014
Desc: Spiritual Herb Intense Euphoric
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 02/28/2014
Desc: Spiritual Herb Revved UP

**Three Ocean Export**
**Date Published : 02/28/2014**
1494 Sowden Street , North Vancouver, BC CANADA
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 02/28/2014
Desc: Mitragyna Speciosa Dried Leaf

---

**INDONESIA**

---

**Aguslie Sh**
**Date Published : 02/28/2014**
Jln. Titipapan , Medan, Sumatera Utara INDONESIA
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 02/28/2014
Desc: Mitragyna Speciosa; Powder

**Aswin**
**Date Published : 11/03/2014**
Kara Sosial No 3 , Pontianak, INDONESIA
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 11/03/2014
Desc: Mitragyna Speciosa
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016

**Batuah Maan Cv**
**Date Published : 07/15/2015**
Jln. M. Saad Ain 09 , Pontianak, Kalimantan Barat INDONESIA
*53 P - - 99* Other Cosmetic Raw Materials, N.E.C.
Date Published: 07/15/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: (Shipper: per shipment docs
*54 E - - 99* Herbals & Botanical Teas, N.E.C.
Date Published: 07/15/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: (Shipper: per shipment docs
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016

**Bikhuk**
**Date Published : 02/28/2014**
Ptb Duren Sawit Bi No 10-- , Jakartajakarta, INDONESIA
*53 - - - --* Cosmetics
Date Published: 02/28/2014
Desc: Mitragyna Speciosa
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 - - - - --* Vit/Min/Prot/Unconv Diet(Human/Animal)
Date Published: 02/28/2014
Desc: Mitragyna Speciosa

**Bintang Dua**
**Date Published : 02/28/2014**
Jl. Purnama No. 141 , Pontianak, Kalimantan Barat INDONESIA
*53 - - - --* Cosmetics
Date Published: 02/28/2014
Desc: Mitragyna Javnica
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016

*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 - - - - --* Vit/Min/Prot/Unconv Diet(Human/Animal)
Date Published: 02/28/2014
Desc: Mitragyna Javnica

**Borneo Khatulistiwa Cv**
**Date Published : 02/28/2014**
Jl Karna Sosial Komp Asuransi 1 , Pontianak, INDONESIA
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 02/28/2014
Desc: Kratom - Mitragyna Speciosa
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016

**Broerry Soetarno**
**Date Published : 02/28/2014**
Ponkianak , Kal Bar, INDONESIA
*54 A - - 99* Vitamin, N.E.C.
Date Published: 02/28/2014
Desc: Mitragyna Speciosa (kratom)
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 02/28/2014
Desc: Mitragyna Speciosa (kratom)
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016

**C.V. BALI HERBAL**
**Date Published : 02/28/2014**
JALAN GUNUNG TALANG VIII No.1 , PADANG SAMBIAN , Denpasar, Bali INDONESIA
*53 - - - - --* Cosmetics
Date Published: 02/28/2014
Desc: Mitragyna Speciosa
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 - - - - --* Vit/Min/Prot/Unconv Diet(Human/Animal)
Date Published: 02/28/2014
Desc: Mitragyna Speciosa

**CV. PRASADA BALI UTAMA**
**Date Published : 06/16/2014**
Jln. Tukad Balian , Denpasar, Bali INDONESIA
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016

*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 - - - - --* Vit/Min/Prot/Unconv Diet(Human/Animal)
Date Published: 06/16/2014
Desc: Dried Mitragyna Speciosa

**Cv Fabulift Borneo Mitra**
**Date Published : 10/05/2015**
Blok C , Jln. Karya; KOMPLEK KARYA INDAH III , Pontianak, Kalimantan Barat INDONESIA
*31 K - - 02* Tea, Green
Date Published: 10/05/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Product declared as raw soap material
*53 D - - 99* Other Fragrance Preparations, N.E.C.
Date Published: 10/05/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Product declared as raw soap material
*53 J - - 01* Bath Soaps and Detergents (not Antiperspirant) (Personal Cleanliness)
Date Published: 10/05/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Product declared as raw soap material
*53 P - - 99* Other Cosmetic Raw Materials, N.E.C.
Date Published: 10/05/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Product declared as raw soap material
*53 Y - - 99* Other Cosmetic and Cosmetic Products, N.E.C.
Date Published: 10/05/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Product declared as raw soap material
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*66 B - - 99* Stimulant N.E.C.
Date Published: 10/05/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Product declared as raw soap material

**Cv Leafsync**
**Date Published : 07/15/2015**
Jl Karya No 04 Sungai Kakap Kubu Raya , Kalmantan Barat, INDONESIA
*53 P - - 99* Other Cosmetic Raw Materials, N.E.C.
Date Published: 07/15/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: (Manufacturer)
*54 E - - 99* Herbals & Botanical Teas, N.E.C.
Date Published: 07/15/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: (Manufacturer)

*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016

**Cv. Putra Bali Agung**
**Date Published : 02/28/2014**
Jl. Bypass Ngurah Rai No. 18 , Denpasar-Bali, INDONESIA
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 02/28/2014
Desc: Herbal Kratom Leaf (Dried)
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016

**Davine Botanical**
**Date Published : 10/07/2015**
Jalan Husein Hanuzah 6g 6unung , Pontianak, INDONESIA
*53 P - - 99* Other Cosmetic Raw Materials, N.E.C.
Date Published: 10/07/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: laims to ingestion associated with all parties in the entry.
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 10/07/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated with all parties in the entry.
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 10/07/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated with all parties in the entry.

**Deni I**
**Date Published : 02/28/2014**
Perumahan BDB III Blok KL No 35 , Cibinong, West Java, INDONESIA
*53 E - - 99* Other Hair Preparations, Non-coloring), N.E.C.
Date Published: 02/28/2014
Desc: Mitragyna Speciosa
*53 - - - --* Cosmetics
Date Published: 02/28/2014
Desc: Acacia Mangium and Green Riau
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016

*54 - - - -- Vit/Min/Prot/Unconv Diet(Human/Animal)*
Date Published: 02/28/2014
Desc: Acacia Mangium and Green Riau

**Dr. Mahdiri Bersama**
**Date Published : 02/28/2014**
Pontianak , Kalbar, INDONESIA
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 02/28/2014
Desc: Mitragyna Speciosa Extract

**Enggang Borneo**
**Date Published : 07/16/2015**
JL DR WAHION , Sepakat 8 No. 23 , Pontianak, INDONESIA
*53 P - - 99* Other Cosmetic Raw Materials, N.E.C.
Date Published: 07/16/2015
Desc: Mitragyna Speciosa Tea (Kratom)
*54 E - - 99* Herbals & Botanical Teas, N.E.C.
Date Published: 07/16/2015
Desc: Mitragyna Speciosa Tea (Kratom)
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*66 B - - 99* Stimulant N.E.C.
Date Published: 07/16/2015
Desc: Mitragyna Speciosa Tea (Kratom)

**Erlan Setiawan**
**Date Published : 02/28/2014**
Pang Semanggi No. 28 , Pontianak, INDONESIA
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 02/28/2014
Desc: Kratom (Mitragyna Speciosa)
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016

**Faisal Putra Perdana**
**Date Published : 02/28/2014**
Jl Karra Sosial Konack Asuransi No 1 , Pontiak, INDONESIA
*24 T - - 99* Leaf & Stem Vegetables, N.E.C.
Date Published: 02/28/2014
Desc: Mitragyna Speciosa
*54 F - - 95* Banaba (Herbal & Botanicals, not Teas)

Date Published: 02/28/2014
Desc: Mitragyna Speciosa
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 02/28/2014
Desc: Mitragyna Speciosa
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016

**Hendra R**
**Date Published : 10/29/2014**
Jln. H AM. Suwignyo 14 , Pontianak, Kalimantan Barat INDONESIA
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 10/29/2014
Desc: Mitragyna Speciosa
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016

**M. Ridho Rizki Maulufi Alk**
**Date Published : 10/14/2015**
11 Jalan Tabrani Achmad Kimplex Gbk D , Pontianak, INDONESIA
*53 P - - 99* Other Cosmetic Raw Materials, N.E.C.
Date Published: 10/14/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated with all parties in the entry.Entry was declared as; Botanical Specimens; not intended for sale as food or supplement; raw incense material
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 10/14/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated with all parties in the entry.Entry was declared as; Botanical Specimens; not intended for sale as food or supplement; raw incense material.
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 10/14/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated with all parties in the entry. Entry was declared as; Botanical Specimens; not intended for sale as food or supplement; raw incense material.

**Mahmudi SE**
**Date Published : 11/07/2014**
Jl. Dr. Sutomo No. 1. A , Pontianak, INDONESIA
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 11/07/2014

Desc: Mitragyna Speciosa declared as Mitragyna Javinica
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016

**Mardianto**
**Date Published : 10/07/2015**
Jl Sei Raya Dalam Komp Kartika , Pontianak, INDONESIA
*53 P - - 99* Other Cosmetic Raw Materials, N.E.C.
Date Published: 10/07/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated with all parties in the entry. Entry was declared as; Botanical Specimens; not intended for sale as food or supplement; raw incense material.
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 10/07/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated with all parties in the entry. Entry was declared as; Botanical Specimens; not intended for sale as food or supplement; raw incense material. ;
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 10/07/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated with all parties in the entry. Entry was declared as; Botanical Specimens; not intended for sale as food or supplement; raw incense material. ;

**Marjan Putra**
**Date Published: 10/13/2015**
Jalan Husein Hamzah , Gg. Gunung Rinjani , Pontianak, Kalimantan Barat INDONESIA
*53 D - - 99* Other Fragrance Preparations, N.E.C.
Date Published: 10/13/2015
Desc: Mitragyna Speciosa
*53 P - - 99* Other Cosmetic Raw Materials, N.E.C.
Date Published: 10/13/2015
Desc: Mitragyna Speciosa
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 10/13/2015
Desc: Mitragyna Speciosa

**Mhd Syamsu Bahri**
**Date Published : 11/03/2014**
Jln Re Martadinata 136 , Pontianak, Kalimantan Barat INDONESIA

*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 11/03/2014
Desc: Mitragyna Speciosa
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016

**Mke**
**Date Published : 02/28/2014**
Vila Melati Mas M-12 No. 15serpong , Serpong, Jabotabek INDONESIA
*41 Y - - 99* Dietary Conventional Foods, N.E.C.
Date Published: 02/28/2014
Desc: Naulcea Speciosa Powder
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016

**Mulyadi Pasaribu**
**Date Published : 02/28/2014**
Jl Kenanga Raya Gg , Medan, INDONESIA
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*66 V - - 99* Miscellaneous Patent Medicines, Etc.
Date Published: 02/28/2014
Desc: Mitragyna Speciosa

**Mumung Mulharyana**
**Date Published : 02/28/2014**
JL Berkat Usaha Rt 001 009 , Pontianak, INDONESIA
*53 - - - --* Cosmetics
Date Published: 02/28/2014
Desc: Mitragyna Speciosa Extract
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 - - - --* Vit/Min/Prot/Unconv Diet(Human/Animal)
Date Published: 02/28/2014
Desc: Mitragyna Speciosa Extract

**Musmuriadi**
**Date Published : 09/04/2015**
Desa Tri Kembang Kec. Galing , Pontianak, INDONESIA
*53 P - - 99* Other Cosmetic Raw Materials, N.E.C.
Date Published: 09/04/2015
Desc: Mitragyna Speciosa (Kratom)

Notes: Claims to ingestion associated with all parties in the entry.
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 09/04/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated with all parties in the entry.
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 09/04/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated with all parties in the entry.

**Nusi Wandri**
**Date Published : 10/07/2015**
Gg Waru I No 44 , Pontianak, INDONESIA
*53 P - - 99* Other Cosmetic Raw Materials, N.E.C.
Date Published: 10/07/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated with all parties in the entry. Entry was declared as; Botanical Specimens; not intended for sale as food or supplement; raw incense material.
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 10/07/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated with all parties in the entry. Entry was declared as; Botanical Specimens; not intended for sale as food or supplement; raw incense material. ;
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 10/07/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated with all parties in the entry. Entry was declared as; Botanical Specimens; not intended for sale as food or supplement; raw incense material. ;

**PT Ambat Trading**
**Date Published : 02/28/2014**
JL Kramat Raya 5A , Jakarta, Pusat, INDONESIA
*53 - - - - --* Cosmetics
Date Published: 02/28/2014
Desc: Mitragyna
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 - - - - --* Vit/Min/Prot/Unconv Diet(Human/Animal)
Date Published: 02/28/2014

Desc: Mitragyna

**PT INDIGO PRIMA**
**Date Published : 09/04/2015**
JL. Danau Sunter Selatan Blok E , Kav No. 5 Kelurahan Sunter Jaya , JAKARTA, INDONESIA
*53 D - - 99* Other Fragrance Preparations, N.E.C.
Date Published: 09/04/2015
Desc: Raw Incense Material (Javanica Speciosa Dried leaves powder)
*54 E - - 99* Herbals & Botanical Teas, N.E.C.
Date Published: 09/04/2015
Desc: Raw Incense Material (Javanica Speciosa Dried leaves powder)
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016

**PT TRANSINDO ANTARIKSA BORNEO**
**Date Published : 07/27/2023**
Jln. Danau Sentarum 5 , Pontianak, Kalimantan Barat INDONESIA
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 07/27/2023
Desc: Mitragyna Speciosa (Kratom tea)
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 07/27/2023
Desc: Mitragyna Speciosa (Kratom tea)
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 07/27/2023
Desc: Mitragyna Speciosa (Kratom tea)

**PT. Angkutan Jasa Aviasi**
**Date Published : 11/21/2022**
Jln. Re. Martadinata No. 32 , Gang Pala 1 , Pontianak, Kalimantan Barat INDONESIA
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 11/21/2022
Desc: Mitragyna Speciosa (Kratom)
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 11/21/2022
Desc: Mitragyna Speciosa (Kratom)
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 11/21/2022
Desc: Mitragyna Speciosa (Kratom)

**PT. Citra Nuansa Buana**
**Date Published : 02/28/2014**
Jl. Soekarno Hatta 761 Lt1 No. 5 , Bandung, Jawa Barat INDONESIA
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 02/28/2014
Desc: Kratom
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016

*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016

**PT.PANCA LAKSINDO EXPRESS**
**Date Published : 02/28/2014**
Jln. Kalibata Utara II 26 , Jakarta, Jabotabek INDONESIA
*53 - - - --* Cosmetics
Date Published: 02/28/2014
Desc: Mitragyna Speciosa (Kratom)
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 - - - --* Vit/Min/Prot/Unconv Diet(Human/Animal)
Date Published: 02/28/2014
Desc: Mitragyna Speciosa (Kratom)

**Perwanto**
**Date Published : 09/04/2015**
No. 7 Jln. Purnama , AGUNG , Pontianak, Kalimantan Barat INDONESIA
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 09/04/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated with all parties in the entry.
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 09/04/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated with all parties in the entry.

**Perwanto**
**Date Published : 09/04/2015**
Jln. Purnama 14 , Pontianak, Kalimantan Barat INDONESIA
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 09/04/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated with all parties in the entry
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 09/04/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated with all parties in the entry

**Priyanti**

**Date Published : 02/28/2014**
Jl. Tunjung Biru 12 , Bogor , West Java, INDONESIA
*53 - - - --* Cosmetics
Date Published: 02/28/2014
Desc: Dried Kedemba Leaves
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 - - - - --* Vit/Min/Prot/Unconv Diet(Human/Animal)
Date Published: 02/28/2014
Desc: Dried Kedemba Leaves

**Pt Badar Jaya Sakti**
**Date Published : 08/13/2015**
Rt 01 , No 156 Jln. Setia Raya; AREN , Tangerang, Jabotabek INDONESIA
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 08/13/2015
Desc: Mitragyna Speciosa (Kratom)
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 08/13/2015
Desc: Mitragyna Speciosa (Kratom)

**Pt Buana Adhu Gemilang**
**Date Published : 09/04/2015**
Agung 7 E , 14 Jln. Purnama , Pontianak, Kalimantan Barat INDONESIA
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 09/04/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated with all parties in the entry.
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 09/04/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated with all parties in the entry.

**Pt Rifa Agung**
**Date Published : 07/22/2015**
No 86 Jln Nur Huda , Pontianak Kalbar, INDONESIA
*53 Y - - 99* Other Cosmetic and Cosmetic Products, N.E.C.
Date Published: 07/22/2015
Desc: Mitragyna Speciosa (Kratom)

*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016

**Pt Rifa Agung**
**Date Published : 07/15/2015**
09 Jln. Mat Saimin , Pontianak, Kalimantan Barat INDONESIA
*53 P - - 99* Other Cosmetic Raw Materials, N.E.C.
Date Published: 07/15/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: (Shipper: per invoice)
*54 E - - 99* Herbals & Botanical Teas, N.E.C.
Date Published: 07/15/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: (Shipper: per invoice)
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016

**Rere Adrea Novattra**
**Date Published : 09/23/2015**
Jln. Purnama 3 , Pontianak, Kalimantan Barat INDONESIA
*53 D - - 99* Other Fragrance Preparations, N.E.C.
Date Published: 09/23/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims on behalf of importers facebook and twitter reference ingestion. Entry was declared as "Premium Face & Body Mood Bar," label declares: "May contain Kratom, Kava or Kana.
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 09/23/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims on behalf of importers facebook and twitter reference ingestion. Entry was declared as Premium Face & Body Mood Bar; label declares; May contain Kratom; Kava or Kana.

**Rudi Hartona**
**Date Published : 10/07/2015**
Jln. Tanjung Harapan , Pontianak, Kalimantan Barat INDONESIA
*53 P - - 99* Other Cosmetic Raw Materials, N.E.C.
Date Published: 10/07/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated with all parties in the entry.
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 10/07/2015
Desc: Mitragyna Speciosa (Kratom)

Notes: Claims to ingestion associated with all parties in the entry.
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 10/07/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated with all parties in the entry

**TRANSINDO ANTARIKSA LOGISTIK**
**Date Published : 07/27/2023**
Jl Danausentarum Gg Wonosobo Komple , Kota Potianak , Kalimantan Barat, INDONESIA
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 07/27/2023
Desc: Mitragyna Speciosa (Kratom tea)
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 07/27/2023
Desc: Mitragyna Speciosa (Kratom tea)
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 07/27/2023
Desc: Mitragyna Speciosa (Kratom tea)

**Tan Alaindo Mantina**
**Date Published : 10/06/2015**
Jln. Dr Sutomo , Pontianak, Kalimantan Barat INDONESIA
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 10/06/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated with all parties in the entry. ;
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 10/06/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated with all parties in the entry. ;
*66 B - - 99* Stimulant N.E.C.
Date Published: 10/06/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated with all parties in the entry.

**Teguh Ap**
**Date Published : 02/28/2014**
Jl Kom Yas Sudarso 99 Sambas No 1 , Pontianak, INDONESIA
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 02/28/2014
Desc: Mitragyna Speciosa

*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016

**Zulfikar**
**Date Published : 02/28/2014**
JL J Rading Arahman No 4 , Pontianak, INDONESIA
*53 - - - --* Cosmetics
Date Published: 02/28/2014
Desc: Mitragyna Speciosa Extract
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 - - - --* Vit/Min/Prot/Unconv Diet(Human/Animal)
Date Published: 02/28/2014
Desc: Mitragyna Speciosa Extract

---

## MALAYSIA

---

**Jaymen Mack Enterprise**
**Date Published : 02/28/2014**
Tmn , 1009 Lorong Kantan 2 , Bukit Mertajam, Pulau Pinang MALAYSIA
*53 - - - --* Cosmetics
Date Published: 02/28/2014
Desc: Uncaria Gembier
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 - - - --* Vit/Min/Prot/Unconv Diet(Human/Animal)
Date Published: 02/28/2014
Desc: Uncaria Gembier

**Wisdom Herbs Enterprise**
**Date Published : 02/28/2014**
72 Jalan Gottlieb , Pulau Pinang, Pulau Pinang MALAYSIA
*53 - - - --* Cosmetics
Date Published: 02/28/2014
Desc: Uncaria Gembier
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 - - - --* Vit/Min/Prot/Unconv Diet(Human/Animal)
Date Published: 02/28/2014

Desc: Uncaria Gembier

**Wisdom Herbs Enterprise**
**Date Published : 02/28/2014**
Jalan Siput Remis 69I , Pulau Pinang, Pulau Pinang MALAYSIA
*53 - - - -- Cosmetics*
Date Published: 02/28/2014
Desc: Uncaria Gembier
*54 J - - 12 Kratom (Herbal and Botanical Teas II, continued)*
Date Published: 01/22/2016
*54 K - - 12 Kratom (Herbal and Botanicals, not Teas II)*
Date Published: 01/22/2016
*54 - - - -- Vit/Min/Prot/Unconv Diet(Human/Animal)*
Date Published: 02/28/2014
Desc: Uncaria Gembier

---

## PHILIPPINES

---

**Akita Herbal Products**
**Date Published : 12/19/2016**
25-23 New York Street , Pampanga, Central Luzon PHILIPPINES
*54 F - - 99 Herbals & Botanicals (not Teas), N.E.C.*
Date Published: 12/19/2016
Desc: SERENOA 330-350mg capsules (Food Supplements)
*54 K - - 12 Kratom (Herbal and Botanicals, not Teas II)*
Date Published: 12/19/2016
Desc: SERENOA 330-350mg capsules (Food Supplements)

---

## UNITED STATES

---

**AL JUFRI, ZEN**
**Date Published : 11/16/2022**
21556 Searfoss Ct , Lexington Park, MD 20653-2756 UNITED STATES
*54 F - - 99 Herbals & Botanicals (not Teas), N.E.C.*
Date Published: 11/16/2022
Desc: Mitragyna Speciosa (Kratom)
*54 J - - 12 Kratom (Herbal and Botanical Teas II, continued)*
Date Published: 11/16/2022
Desc: Mitragyna Speciosa (Kratom)
*54 K - - 12 Kratom (Herbal and Botanicals, not Teas II)*
Date Published: 11/16/2022
Desc: Mitragyna Speciosa (Kratom)

**Atofil LLC**

**Date Published : 09/23/2015**
1684 Target Ct Unit 9 And 1685 Target Ct Units 19 20 And 23 , Fort Myers, FL 33905-4925 UNITED STATES
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 09/23/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Internet claims to ingestion on behalf of all firms in the entry.

**Cantafio, John**
**Date Published : 07/08/2016**
1032 N Du Page Ave , Lombard, IL 60148-1245 UNITED STATES
*53 Y - - 99* Other Cosmetic and Cosmetic Products, N.E.C.
Date Published: 07/08/2016
Desc: Herbs & Botanical (Kratom)
Notes: Claims to ingestion associated only with importer in the entry. ;
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 07/08/2016
Desc: Herbs & Botanical (Kratom)
Notes: Claims to ingestion associated only with importer in the entry. ;
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 07/08/2016
Desc: Herbs & Botanical (Kratom)
Notes: Claims to ingestion associated only with importer in the entry.

**Christopher Mercer**
**Date Published : 10/09/2015**
5601 State Highway 180 Apt 802 , Gulf Shores, AL 36542-8344 UNITED STATES
*53 P - - 99* Other Cosmetic Raw Materials, N.E.C.
Date Published: 10/09/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated only with importer/consignee in the entry
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 10/09/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated only with importer/consignee in the entry
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 10/09/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated only with importer/consignee in the entry

**Cody Pederson**
**Date Published : 06/09/2015**

6077 113th St Apt 612 , Seminole, FL 33772-6847 UNITED STATES
*41 Y - - 99* Dietary Conventional Foods, N.E.C.
Date Published: 06/09/2015
Desc: Mitragyna Speciosa (Kratom)
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 06/09/2015
Desc: Mitragyna Speciosa (Kratom)
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016

**Collins, Chris**
**Date Published : 08/18/2015**
198 Collins Rd , Carthage, NC 28327-7804 UNITED STATES
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 08/18/2015
Desc: Mitragyna speciosa (Kratom)

**Derian, David**
**Date Published : 05/26/2016**
3420 Pump Rd # 207 , Richmond, VA 23233-1111 UNITED STATES
*53 Y - - 99* Other Cosmetic and Cosmetic Products, N.E.C.
Date Published: 05/26/2016
Desc: Herbs and Botanical Powder (Kratom)
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 05/26/2016
Desc: Herbs and Botanical Powder (Kratom)
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 05/26/2016
Desc: Herbs and Botanical Powder (Kratom)

**Divinity Product Distribution LLC**
**Date Published : 10/09/2015**
1119 Nw Valley Ridge Dr , Grain Valley, MO 64029-9094 UNITED STATES
*53 P - - 99* Other Cosmetic Raw Materials, N.E.C.
Date Published: 10/09/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated only with importer/consignee in the entry.
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 10/09/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated only with importer/consignee in the entry.
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016

*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 10/09/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated only with importer/consignee in the entry.

**Drd Global Inc**
**Date Published : 07/09/2015**
1413 Highpoint Ave , Richmond, VA 23230-4609 UNITED STATES
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 07/09/2015
Desc: Crushed Powder Dry Leaves of Mitragyna Speciosa (Kratom)
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 07/09/2015
Desc: Crushed Powder Dry Leaves of Mitragyna Speciosa (Kratom)

**EAST COAST ADHESIVES LLC**
**Date Published : 07/27/2022**
61 Maria Dr , Hillsdale, NJ 07642-1344 UNITED STATES
*53 L - - 08* Paste Masks (Mud Packs) (Skin Care Preparations)
Date Published: 07/27/2022
Desc: Mitragyna Speciosa (Kratom)
Notes: Ingestion claims associated with importer/consignee of the shipment
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 07/27/2022
Desc: Mitragyna Speciosa (Kratom)
Notes: Ingestion claims associated with importer/consignee of the shipment
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 07/27/2022
Desc: Mitragyna Speciosa (Kratom)
Notes: Ingestion claims associated with importer/consignee of the shipment

**Earthly Mist**
**Date Published : 06/09/2015**
5318 S Peoria Ave , Tulsa, OK 74105-6820 UNITED STATES
*53 P - - 99* Other Cosmetic Raw Materials, N.E.C.
Date Published: 06/09/2015
Desc: Mitragyna Speciosa (Cosmetic Raw Material for Soaps)
*54 E - - 99* Herbals & Botanical Teas, N.E.C.
Date Published: 06/09/2015
Desc: Mitragyna Speciosa (Cosmetic Raw Material for Soaps)
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)

Date Published: 01/22/2016

**Fishman Chemical of North Carolina, LLC**
**Date Published : 06/09/2016**
624 Old Dixie Hwy , Vero Beach, FL 32962 UNITED STATES
*53 L - - 03* Face,Body,and Hand (excluding Shaving Preparations) (Skin Care Preparations)
Date Published: 06/09/2016
Desc: Patchouli Powder
Notes: Claims to ingestion associated only with importer in the entry.
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 06/09/2016
Desc: Patchouli Powder
Notes: Claims to ingestion associated only with importer in the entry
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 06/09/2016
Desc: Patchouli Powder
Notes: Claims to ingestion associated only with importer in the entry

**Fjc Tea & Spice Company**
**Date Published : 12/09/2015**
1032 N Du Page Ave , Lombard, IL 60148-1245 UNITED STATES
*24 U - - 99* Leaf & Stem Vegetables, Dried or Paste, N.E.C.
Date Published: 12/09/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated only with importer/consignee in the entry.
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 12/09/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated only with importer/consignee in the entry
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 12/09/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated only with importer/consignee in the entry

**Galimidi, Yossi**
**Date Published : 07/25/2016**
115 W 15th St , Lake Charles, LA 70601-0710 UNITED STATES
*53 Y - - 99* Other Cosmetic and Cosmetic Products, N.E.C.
Date Published: 07/25/2016
Desc: Mitragyna Speciosa
Notes: Claims to ingestion associated only with importer in the entry.
*53 Y - - 99* Other Cosmetic and Cosmetic Products, N.E.C.
Date Published: 07/25/2016
Desc: Pogostemon Patchouli Powder for Raw Material for Incense
Notes: Claims to ingestion associated only with importer in the entry. ;

*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 07/25/2016
Desc: Mitragyna Speciosa
Notes: Claims to ingestion associated only with importer in the entry.
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 07/25/2016
Desc: Pogostemon Patchouli Powder for Raw Material for Incense
Notes: Claims to ingestion associated only with importer in the entry. ;
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 07/25/2016
Desc: Pogostemon Patchouli Powder for Raw Material for Incense
Notes: Claims to ingestion associated only with importer in the entry. ;
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 07/25/2016
Desc: Mitragyna Speciosa
Notes: Claims to ingestion associated only with importer in the entry. ;

**Green House Kratom**
**Date Published : 08/13/2015**
714 S 3rd St , Avondale, AZ 85323-2623 UNITED STATES
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 08/13/2015
Desc: Mitragyna Speciosa (Kratom Leaf Powder)

**Joseph Saporito**
**Date Published : 12/21/2015**
6525 Ventnor Ave Ste 4 , Ventnor City, NJ 08406-2187 UNITED STATES
*53 P - - 99* Other Cosmetic Raw Materials, N.E.C.
Date Published: 12/21/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated only with importer/consignee in the entry.
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 12/21/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated only with importer/consignee in the entry.
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 12/21/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated only with importer/consignee in the entry.

**KATZ, DUSTIN G**

**Date Published : 07/27/2022**
61 Maria Dr , Hillsdale, NJ 07642-1344 UNITED STATES
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 07/27/2022
Desc: Mitragyna Speciosa (Kratom)
Notes: Ingestion claims associated with importer/consignee of the shipment
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 07/27/2022
Desc: Mitragyna Speciosa (Kratom)
Notes: Ingestion claims associated with importer/consignee of the shipment

**Kan, Brian**
**Date Published : 10/07/2015**
311 N 72nd Ave , Hollywood, FL 33024-7360 UNITED STATES
*53 P - - 02* Collagen (Cosmetic Raw Material)
Date Published: 10/07/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated only with importer/consignee in the entry.
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 10/07/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated only with importer/consignee in the entry.
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 10/07/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated only with importer/consignee in the entry

**Keith Poulos**
**Date Published : 10/09/2015**
6954 George Washington Hwy , Keysville, VA 23947-3837 UNITED STATES
*53 P - - 99* Other Cosmetic Raw Materials, N.E.C.
Date Published: 10/09/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated only with importer/consignee in the entry
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 10/09/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated only with importer/consignee in the entry
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 10/09/2015
Desc: Mitragyna Speciosa (Kratom)

Notes: Claims to ingestion associated only with importer/consignee in the entry.

**Lynn Collins**
**Date Published : 06/24/2016**
1596 Aiken Rd , Vass, NC 28394-9675 UNITED STATES
*53 Y - - 99* Other Cosmetic and Cosmetic Products, N.E.C.
Date Published: 06/24/2016
Desc: Patchouli Powder (revealed to be Kratom)
Notes: Claims to ingestion associated only with importer in the entry.
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 06/24/2016
Desc: Patchouli Powder (revealed to be Kratom)
Notes: Claims to ingestion associated only with importer in the entry.
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 06/24/2016
Desc: Patchouli Powder (revealed to be Kratom)
Notes: Claims to ingestion associated only with importer in the entry.

**Mana Ent Llc**
**Date Published : 10/06/2015**
1111 Massachusetts St , Lawrence, KS 66044-3041 UNITED STATES
*53 D - - 99* Other Fragrance Preparations, N.E.C.
Date Published: 10/06/2015
Desc: Mitragyna Speciosa (Kratom)
*53 J - - 01* Bath Soaps and Detergents (not Antiperspirant) (Personal Cleanliness)
Date Published: 10/06/2015
Desc: Mitragyna Speciosa (Kratom)
*53 P - - 99* Other Cosmetic Raw Materials, N.E.C.
Date Published: 10/06/2015
Desc: Mitragyna Speciosa (Kratom)
*53 Y - - 99* Other Cosmetic and Cosmetic Products, N.E.C.
Date Published: 10/06/2015
Desc: Mitragyna Speciosa (Kratom)
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*66 B - - 99* Stimulant N.E.C.
Date Published: 10/06/2015
Desc: Mitragyna Speciosa (Kratom)

**Mana Enterprise Llc**
**Date Published : 10/06/2015**
528 Indiana St , Lawrence, KS 66044-2229 UNITED STATES
*53 D - - 99* Other Fragrance Preparations, N.E.C.
Date Published: 10/06/2015
Desc: Mitragyna Speciosa (Kratom)
*53 J - - 01* Bath Soaps and Detergents (not Antiperspirant) (Personal Cleanliness)
Date Published: 10/06/2015

Desc: Mitragyna Speciosa (Kratom)
*53 P - - 99* Other Cosmetic Raw Materials, N.E.C.
Date Published: 10/06/2015
Desc: Mitragyna Speciosa (Kratom)
*53 Y - - 99* Other Cosmetic and Cosmetic Products, N.E.C.
Date Published: 10/06/2015
Desc: Mitragyna Speciosa (Kratom)
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*66 B - - 99* Stimulant N.E.C.
Date Published: 10/06/2015
Desc: Mitragyna Speciosa (Kratom)

**Mary Castellano**
**Date Published : 08/17/2015**
84 Woodmill Dr , Rochester, NY 14626-1167 UNITED STATES
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 08/17/2015
Desc: Mitragyna Speciosa (Kratom)

**Mc Alliance Llc**
**Date Published : 08/17/2015**
84 Woodmill Dr , Rochester, NY 14626-1167 UNITED STATES
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 08/17/2015
Desc: Mitragyna Speciosa (Kratom)

**Mcmahan, Robert**
**Date Published : 10/09/2015**
857 Dunham St , Daniel Island, SC 29492-7591 UNITED STATES
*53 D - - 99* Other Fragrance Preparations, N.E.C.
Date Published: 10/09/2015
Desc: Mitragyna Speciosa
*53 P - - 99* Other Cosmetic Raw Materials, N.E.C.
Date Published: 10/09/2015
Desc: Mitragyna Speciosa
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)

Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 10/09/2015
Desc: Mitragyna Speciosa

**Rocky Mountain Bontanicals, Llc**
**Date Published : 08/13/2015**
1 N Broadway Ste 205A , Denver, CO 80203-3985 UNITED STATES
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 08/13/2015
Desc: Mitragyna Speciosa (Kratom Powder)

**Rodriguez, Julia**
**Date Published: 09/04/2015**
537 McPherson Dr , Alford, FL 32420-6109 UNITED STATES
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 09/04/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion linked to Importer
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016

**Scofield, Keegan**
**Date Published : 09/04/2015**
536 W Pennsylvania Ave , Deland, FL 32720-3339 UNITED STATES
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 09/04/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims on behalf of importer reference ingestion
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016

**Steven Stott**
**Date Published : 10/13/2015**
1430 Williamette 468 , Eugene, OR 97401 UNITED STATES
*53 P - - 99* Other Cosmetic Raw Materials, N.E.C.
Date Published: 10/13/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated only with importer/consignee in the entry.
*54 F - - 95* Banaba (Herbal & Botanicals, not Teas)
Date Published: 10/13/2015
Desc: Mitragyna Speciosa (Kratom)

Notes: Claims to ingestion associated only with importer/consignee in the entry.
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 10/13/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated only with importer/consignee in the entry.
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 10/13/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Claims to ingestion associated only with importer/consignee in the entry

**Turner, Kevin**
**Date Published : 09/04/2015**
1893 Atlanta Hwy , Rockmart, GA 30153-4242 UNITED STATES
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 09/04/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Entry was declared as Rotundifolia Foliage; laboratory analysis confirmed that the entry is Mitragyna Speciosa. Claims to ingestion associated with importer in the entry.
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016
*54 Y - - 99* Vitamin, Mineral, Proteins and Unconventional Dietary Specialities For Humans and Animals, N.E.C.
Date Published: 09/04/2015
Desc: Mitragyna Speciosa (Kratom)
Notes: Entry was declared as Rotundifolia Foliage; laboratory analysis confirmed that the entry is Mitragyna Speciosa. Claims to ingestion associated with importer in the entry. ;

**Underground Supps Inc**
**Date Published : 07/08/2015**
2728 S 17th St , Wilmington, NC 28412-6747 UNITED STATES
*54 F - - 99* Herbals & Botanicals (not Teas), N.E.C.
Date Published: 07/08/2015
Desc: Mitragyna Speciosa (Kratom)
*54 J - - 12* Kratom (Herbal and Botanical Teas II, continued)
Date Published: 01/22/2016
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 01/22/2016

**WILD ORIGINS LLC**
**Date Published : 04/08/2021**
3308 N Williams Ave , Portland, OR 97227 UNITED STATES
*54 K - - 12* Kratom (Herbal and Botanicals, not Teas II)
Date Published: 04/08/2021
Desc: Wild Origins Specialty Kratom

Notes: The firm has supplied information showing that the bulk kratom is destined for use in products which contain a statement of identity as a "herbal supplement" and which contain a Supplement Facts panel. Based on this fact, the imported product appears to be a bulk dietary ingredient.

**EXHIBIT B**

Control Number : 21250552

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

## CERTIFICATE OF AUTHORITY

I, **Brad Raffensperger**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

### Advanced Nutrition (Wyoming), LLC
### a **Foreign Limited Liability Company**

has been duly formed under the laws of **Wyoming** and has filed an application meeting the requirements of Georgia law to transact business as a **Foreign Limited Liability Company** in this state.

WHEREFORE, by the authority vested in me as Secretary of State, the above **Foreign Limited Liability Company** is hereby granted, on **09/20/2021**, a certificate of authority to transact business in the State of Georgia as provided by Title 14 of the Official Code of Georgia Annotated. Attached hereto is a true and correct copy of said application.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **09/24/2021**.



*Brad Raffensperger*

Brad Raffensperger
Secretary of State

**APPLICATION FOR CERTIFICATE OF AUTHORITY**

*Electronically Filed*
Secretary of State
Filing Date: 9/20/2021 5:17:25 PM

| BUSINESS INFORMATION | |
|---|---|
| CONTROL NUMBER | 21250552 |
| BUSINESS NAME | Advanced Nutrition (Wyoming), LLC |
| BUSINESS TYPE | Foreign Limited Liability Company |
| EFFECTIVE DATE | 09/20/2021 |
| HOME JURISDICTION | Wyoming |
| DURATION | Perpetual |
| NAME IN HOME STATE | Advanced Nutrition, LLC |
| DATE OF FORMATION IN HOME JURISDICTION | 04/29/2019 |
| COMMENCEMENT DATE IN GEORGIA | 09/20/2021 |

| PRINCIPAL OFFICE ADDRESS | |
|---|---|
| ADDRESS | 2550 Sandy Plains Road Ste 225#319, Marietta, GA, 30066, USA |

| RECORDS ADDRESS | |
|---|---|
| ADDRESS | 245 Peachtree Center Avenue NE Ste 2400, Atlanta, GA, 30303, USA |

| REGISTERED AGENT | | |
|---|---|---|
| NAME | ADDRESS | COUNTY |
| David L Watson | 2400 Marquis One Tower, 245 Peachtree Center Ave NE, Atlanta, GA, 30303, USA | Fulton |

| MANAGER(S) | | |
|---|---|---|
| NAME | TITLE | ADDRESS |
| Saviero Palaia | MANAGER | 2550 Sandy Plains Road Ste 225#319, Marietta, GA, 30066, USA |

| AUTHORIZER INFORMATION | |
|---|---|
| AUTHORIZER SIGNATURE | David L Watson |
| AUTHORIZER TITLE | Organizer |

The foreign limited liability company undertakes to keep its records at the address shown above until its registration in Georgia is canceled or withdrawn. The foreign limited liability company, in accordance with Title 14 of the Official Code of Georgia Annotated, appoints the Secretary of State as agent for service of process if no agent has been appointed in Georgia or, if appointed, the agent's authority has been revoked or the agent cannot be found or served by the exercise of reasonable diligence.

**EXHIBIT C**

428785
Page 1 of 2
Requested By: GOMEL, DAVIS & WATSON LLP
Sharon Dubois, Recorder
Baca County, CO
12-13-2019  10:37 AM  Recording Fee $111.01

## WARRANTY DEED

State Documentary Fee
$93.01    12-13-2019

**THIS DEED** made this 20th day of November 2019, by and between Precision Biologics Inc., a Wyoming corporation, Grantor, and PFI LLC, a Wyoming limited liability company, whose legal address is 412 North Main Street, Suite 100, Buffalo, Wyoming 82834, Grantee.

**WITNESSETH**, that Grantor, for and in consideration of the sum of Nine Hundred Thirty Thousand One Hundred Forty Two no/100 Dollars ($930,142.00), the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey, and confirm, unto Grantee, its heirs and assigns forever, all the real property, together with improvements, if any, situate, lying and being in the County of Baca, State of Colorado, described as follows:

**SEE ATTACHED EXHIBIT A**

Also known and numbered as 23290 U.S. Highway 160, Springfield, CO 81703

With all appurtenances and warrant the title against all persons claiming under Grantor, subject to easements, covenants, restrictions and rights of way of record and further subject to the reservation of prior owner John Ryan Loflin to the ownership of a well located on the premises and a reservation of easements as fully described in the Warranty Deed recorded at reception number 423869 of the Baca County Clerk and Recorder records on August 2, 2016.

**TOGETHER** with all and singular the hereditaments and appurtenances thereto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of Grantor, either in law or equity, or, in and to the above bargained premises, with the hereditaments and appurtenances.

**TO HAVE AND TO HOLD** the said premises above bargained and described with the appurtenances, unto Grantee, its heirs and assigns forever. And Grantor, for itself, its heirs and personal representatives, does covenant, grant, bargain and agree to and with Grantee, its heirs and assigns, that at the time of the ensealing and delivery of these presents, they are well seized of the premises and conveyed, have good, sure, perfect, absolute and indefeasible estate of inheritance, aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments, encumbrances, and restrictions of whatever kind or nature soever.

Grantor shall and will warrant the title to Grantee of the above-bargained premises in the quiet and peaceable possession of Grantee, its heirs and assigns, against all and every person or persons lawfully claiming title by, through or under Grantor.

**IN WITNESS WHEREOF**, Grantor has executed this deed on the date set forth above.

By: Peyton S. Palaio, President of Precision Biologics Inc.

STATE OF GEORGIA      )
                       ) SS.
COUNTY OF COBB        )

The foregoing instrument was acknowledged before me this 20th day of November, 2019, by Peyton S. Palaio, President of Precision Biologics Inc., as Grantor.

Witness my hand and official seal.

My commission expires: 8/18/2020

_____
Notary Public

Amber Fuller
NOTARY PUBLIC
Cobb County, GEORGIA
My Comm. Expires 08/18/2020

# DESCRIPTION OF TRACT

A tract of land lying in Lots 11, 12, 18 and 21 of Tract No. 39A, Lots 20 and 22 of Tract No. 37 and in Lots 19 and 20 of Tract No. 41, all in Sec. 1, T.31S., R.47W. of the 6th P.M., being more particularly described as follows:

Beginning at the Southwest corner of said Tract No. 39A as monumented by a 1" iron and 2-1/2" brass cap marked U.S. General Land Office Survey and considering a direct line to the Northwest corner of Tract No. 40 (as monumented by a similar pipe and cap), G.P.S. bearing S.0°30'23"E. 1319.60 feet with all other bearings contained herein being relative thereto; thence S.62°04'55"E., 993.06 feet to the TRUE POINT OF BEGINNING; thence N.0°00'00"E., 1664.00 feet; thence N.36°10'03"E., 526.93 feet to a point in the Southerly Right-of-Way fence of U.S. Highway No. 160; thence along said highway fence N.89°29'04"E., 661.16 feet; thence departing said fence, S.10°17'45"W., 2129.63 feet; thence N.90°00'00"W., 591.48 feet to the True Point of Beginning. . SUBJECT TO a strip of land for access and waterline easement purposes described as beginning at the Southwest corner of the herein described tract; thence N.0°00'00"E., 618.08 feet to the point of easement beginning; thence N.0°00'00"E., 20.04 feet; thence N.86°36'26"E., 103.48 feet; thence N.88°31'54"E., 398.64 feet; thence S.84°19'27"E., 185.79 feet; thence N.10°17'45"E., 652.37 feet; thence S.89°30'16"W., 803.32 feet to a point on the West line of said tract; thence along said West line N.0°00'00"E., 40.00 feet; thence N.89°30'16"E., 830.96 feet to a point on the Easterly line of said tract; thence along said Easterly line S.10°17'45"W., 745.69 feet; thence N.79°42'15"W., 20.00 feet; thence N.10°17'45"E., 28.72 feet; thence N.84°19'27"W., 182.93 feet; thence S.88°31'54"W., 397.06 feet; thence S.86°36'26"W., 104.33 feet to the point of easement beginning. TOGETHER WITH a strip of land 20.00 feet wide (10.00 feet each side of centerline) for access easement purposes whose centerline is described as beginning at the Northwesterly corner of the herein described tract; thence S.36°10'03"W., along the Westerly line thereof, a distance of 160.00 feet to the point of easement beginning; thence N.6°31'14"W., 129 feet, more or less, to a point on the Southerly Right-of-Way of U.S. Highway No. 160 and point of easement terminus (easement sidelines are intended to be extended or shortened to meet the Westerly line of the said tract and said highway line). In the County of Baca, State of Colorado.

The Tract contains 36.00 Acres.

Exhibit A

424532
Requested By: Precision Biologics Inc
Sharon Dubois, Recorder
Baca County, CO          RP $0.00
01-04-2017  01:45 PM  Recording Fee $13.00

## Statement of Authority
### (Section 38-30-172, C.R.S.)

**1. This Statement of Authority relates to an entity' named:** __PRECISION BIOLOGICS, INC__

**2. The type of entity is a:**

| | | | |
|---|---|---|---|
| ☐ | trust | ☐ | limited partnership |
| ☒ | corporation | ☐ | registered limited liability partnership |
| ☐ | nonprofit corporation | ☐ | registered limited liability limited partnership |
| ☐ | limited liability company | ☐ | limited partnership association |
| ☐ | general partnership | ☐ | government or government subdivision or agency |

**3. The entity is formed under the laws of:** __GEORGIA__

**4. The mailing address for the entity is:** _1980 West Oak Pkwy  Ste. 214, Marietta, GA, 30062_

**5. The ☒ name ☐ position of each person authorized to execute instruments conveying, encumbering, or otherwise affected title to real property on behalf of the entity is:** _Peyton Pulzio_

**6.[2] The authority of the forgoing person(s) to bind the entity is ☒ not limited ☐ limited as follows:**

**N/A**

**7. Other matters concerning the manner in which the entity deals with interests in real property:**

**8.[3] This Statement of Authority is executed on behalf of the entity pursuant to the provisions of Section 38-30-172, C.R.S.**

**9. This Statement of Authority amends and supersedes in all respects any prior Statement of Authority executed on behalf of the entity.**

**Executed** _[signature]_

**STATE OF** _Georgia_ )
                          )ss.
**COUNTY OF** _Cobb_ )

_Amber Robinson_

The foregoing instrument was acknowledged before me this _3_ day of _Jan_, ~~2016~~ _2017_
by _Peyton Pulzio_

**Witness my hand and official seal.**

_[Notary seal: Amber Robinson, Notary Public, Cobb, Georgia, My Commission Expires August 18, 2020]_

**NOTARY PUBLIC:** _[signature]_

**My commission expires:** _Aug 18, 2020_

1. This form should not be used unless the entity is capable of holding title to real property.
2. The absence of any limitation shall be prima facie evidence that no such limitation exists.
3. The statement of authority must be recorded to obtain the benefits of the statue.
4. Strike if not applicable.

**EXHIBIT D**

425715
Requested By: Cmh Homes Inc
Sharon Dubois, Recorder
Baca County, CO          RP $0.00
10-10-2017  10:28 AM  Recording Fee $23.00

| VIN | YR | MAKE | BODY | CWT/PAS | ODOMETER | TITLE NO. | (DR2574) |
|-----|-----|------|------|---------|----------|-----------|----------|
| CLW043034TX | 2017 | CMH | MH | 16X72 | N/A | 22E109797 | |

| TAXABLE VALUE | PREV.TITLE | FUEL | GVWR |
|---------------|------------|------|------|
| 62,037 | MSO | | |

| TAB/VAL | CO# | GVW | BUS.DATE |
|---------|-----|-----|----------|
| | 22 | | 10/10/2017 |

DATE PURCHASED        DATE ACCEPTED
09/08/2017            10/10/2017

TYPE          PLATE#              PREV. EXPIRE

OWNER
REILLY MARK DANIEL JAMES

| MODEL | SERIES | HVUT | EXP.DATE |
|-------|--------|------|----------|
| 31S | | | |

| PURCH. PRICE | TAX CLASS | SHORT CHECK | EMM |
|--------------|-----------|-------------|-----|
| 62036.70 | | | |

FIRST LIENHOLDER        REC#/DATE/TIME        AMT/MAT DATE/EXT DATE

| MSRP | DEALER # | HC DATE |
|------|----------|---------|
| 62,037 | 00399 | |

| FLEET # | UNIT # | HI GVW | CNTY PRT IND |
|---------|--------|--------|--------------|

SECOND LIENHOLDER        REC#/DATE/TIME        AMT/MAT DATE/EXT DATE

| | | | U/R: |
|---|---|---|------|
| TITLE FEE | 7.20 | | |
| PRIOR OT | 0.00 | | R 9999 |
| OWN. TAX | 0.00 | | E-470: |
| LIC. FEE | 0.00 | | |

3RD LIEN REC#        4TH LIEN REC#        DATE DUPLICATE ISSUED

REMARKS: DEALER COLLECTED TAX                    DUPE CT:

| STATE TAX | 0.00 | P | MILES |
|-----------|------|---|-------|

TRAN CODE: NEW TTL/NO RCD        PRV.TRN:

| RTD TAX | 0.00 | | N/A |
|---------|------|---|-----|

OPERATOR: CDB    TRM ID: 2202  BRANCH: 00  TRAN DT: 10/10/2017 TIME: 10:07:35

| CNTY TAX | 0.00 | | ADDONS |
|----------|------|---|--------|

LESSEE:

| CITY TAX | 0.00 | | DIESEL: | N |
|----------|------|---|---------|---|

LEG. ADD.: 23298 HWY 160

| DISTRICT | 0.00 | | EMISSION: | N |
|----------|------|---|-----------|---|

SPRINGFIELD        CO 81073

| TITLE OTHER FEE | 0.00 | | E470: | N |
|-----------------|------|---|-------|---|

REG. ADD.: 23298 HWY 160

| SPEC FEE | 0.00 | | HIGHWAY: | N |
|----------|------|---|----------|---|

SPRINGFIELD        CO 81073

| REG OTHER FEE | 0.00 | | MEDICAL: | N |
|---------------|------|---|----------|---|

TTL. ADD.: 23298 HWY 160

| CR OT | 0.00 | | M/C | N |
|-------|------|---|-----|---|

SPRINGFIELD        CO 81073

| CR LIC. FEE | 0.00 |
|-------------|------|
| EM. FEE | 0.00 |
| TOTAL | 7.20 |

---

**ACKNOWLEDGEMENT OF INTENT FOR JOINT TENANCY WITH THE RIGHTS OF SURVIVORSHIP IS REQUIRED FOR ALL OWNERS**
(C.R.S. 38-11-101)

**OWNER 1:** I, _____ (print name) request the Colorado Certificate of Title with the above Vehicle
Identification Number (VIN) to be issued in: (check one) ☐ Joint Tenancy with Rights of Survivorship ☐ Tenancy in Common
I certify under penalty of perjury in the second degree that the above information is true and correct to the best of my knowledge.
Owner 1 Signature: **X** _____ Date _____

**OWNER 2:** I, _____ (print name) request the Colorado Certificate of Title with the above Vehicle
Identification Number (VIN) to be issued in: (check one) ☐ Joint Tenancy with Rights of Survivorship ☐ Tenancy in Common
I certify under penalty of perjury in the second degree that the above information is true and correct to the best of my knowledge.
Owner 2 Signature: **X** _____ Date _____

---

**APPLICATION FOR COLORADO CERTIFICATE OF TITLE FOR A MOTOR VEHICLE**

STATEMENT OF ONE IN THE SAME
NOT SELECTED
and
NOT SELECTED
ARE ONE IN THE SAME PERSON

I affirm under penalty of perjury in the second degree that the facts on the face of this document are true and correct to the best of my knowledge; and that the motor vehicle described is subject only to the lien(s) shown.

X _____
Owner or Agent Signature

Date _____

---

**APPLICATION FOR DUPLICATE COLORADO CERTIFICATE OF TITLE**

I affirm under penalty of perjury in the second degree that the title for this vehicle:
-Has been lost or destroyed
-Has not been assigned or transferred
-Is subject only to the lien(s) shown
-Will be issued to me as:
☐ Owner
☐ Agent
☐ Lienholder
AND, I understand that the duplicate title will be the only valid Certificate of Title. The original and any previously issued title(s) will be void.

X _____
Owner or Agent Signature

Date _____

---

**ATTESTATION OF SECURE AND VERIFIABLE IDENTIFICATION**

☐ Secure and verifiable identification on enclosed forms.

☐ I, the undersigned witness, affirms that the named owner of the vehicle identified on this document presented to me the secure and verifiable identification as described below.

Witness Signature _____

Date _____

00/00/0000        Exp.
00/00/0000        DOB
Not Applicable

# CERTIFICATE OF ORIGIN
## MANUFACTURED HOME

### *CMH MANUFACTURING, INC.*

## IDENTIFICATION NUMBER
### CLW043034TX

| TRADE | NAME | MODEL | YEAR | DATE OF TITLE TRANSFER |
|---|---|---|---|---|
| CLAYTON | | 31SSP16723AH17 | 2017 | 5/10/2017 |

| WIDTH | LENGTH (INCLUDING HITCH) | LENGTH (EXCLUDING HITCH) | WEIGHT | INVOICE |
|---|---|---|---|---|
| 192" | 76 | 72 | 28800 | 43034 |

The undersigned certifies that: The home is the property of the manufacturer; this is the first transfer; and ownership (subject to payment being received) is properly transferred to the following:

**DEALER:**
CMH HOMES, INC.
DBA: CLAYTON HOMES-PUEBLO
3912 NORTH FREEWAY RD
PUEBLO, CO 81008

**MANUFACTURER:**
CMH MANUFACTURING, INC.
Waco 1
6800 IMPERIAL DRIVE
WACO, TX   76712

No.   43245

BY: _Kevin Clayton_

MFG 1056

**ASSIGNMENT NO. 1**

FOR VALUE RECEIVED, I THE UNDERSIGNED, TRANSFER THE MOBILE/MANUFACTURED HOME DESCRIBED ON THE FACE OF THIS CERTIFICATE TO
NAME OF
PURCHASER(S) *Mark Daniel James Reilly*

ADDRESS *23298 Hwy 160 Springfield, Co 81073*

AND CERTIFY TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF UNDER PENALTY OF LAW, THAT THE MOBILE/MANUFACTURED HOME IS
NEW AND HAS NOT BEEN REGISTERED IN THIS OR ANY STATE AND AT THE TIME OF DELIVERY THE MOBILE/MANUFACTURED HOME WAS SUBJECT
TO THE FOLLOWING SECURITY INTERESTS AND NONE OTHER AND WARRANT TITLE TO THE MOBILE/MANUFACTURED HOME.

| AMOUNT OF LIEN | DATE OF LIEN | KIND OF LIEN | IN FAVOR OF |
|---|---|---|---|

LIENHOLDER'S
ADDRESS
DEALER *Clayton Homes*     BY: _____
NAME OF DEALERSHIP        AUTHORIZED SIGNATURE OF DEALER     TITLE OR POSITION

Being duly sworn upon oath says that the
statements set forth are true and correct.
State of *TN*                 Subscribed and sworn to me before me this
County of *Blount*            day of *Sept. 12*, 20___
                              *Mnch*_____ Notary Public

*M. NUCHOLS
STATE
OF
TENNESSEE
NOTARY
PUBLIC
BLOUNT COUNTY*

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**ASSIGNMENT NO. 2**

FOR VALUE RECEIVED, I THE UNDERSIGNED, TRANSFER THE MOBILE/MANUFACTURED HOME DESCRIBED ON THE FACE OF THIS CERTIFICATE TO
NAME OF
PURCHASER(S) _____

ADDRESS _____

AND CERTIFY TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF UNDER PENALTY OF LAW, THAT THE MOBILE/MANUFACTURED HOME IS
NEW AND HAS NOT BEEN REGISTERED IN THIS OR ANY STATE AND AT THE TIME OF DELIVERY THE MOBILE/MANUFACTURED HOME WAS SUBJECT
TO THE FOLLOWING SECURITY INTERESTS AND NONE OTHER AND WARRANT TITLE TO THE MOBILE/MANUFACTURED HOME.

| AMOUNT OF LIEN | DATE OF LIEN | KIND OF LIEN | IN FAVOR OF |
|---|---|---|---|

LIENHOLDER'S
ADDRESS
DEALER _____     BY: _____
NAME OF DEALERSHIP        AUTHORIZED SIGNATURE OF DEALER     TITLE OR POSITION

Being duly sworn upon oath says that the
statements set forth are true and correct.
State of _____      Subscribed and sworn to me before me this
County of _____     day of _____, 20___
                              _____ Notary Public     Notary Seal

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**ASSIGNMENT NO. 3**

FOR VALUE RECEIVED, I THE UNDERSIGNED, TRANSFER THE MOBILE/MANUFACTURED HOME DESCRIBED ON THE FACE OF THIS CERTIFICATE TO
NAME OF
PURCHASER(S) _____

ADDRESS _____

AND CERTIFY TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF UNDER PENALTY OF LAW, THAT THE MOBILE/MANUFACTURED HOME IS
NEW AND HAS NOT BEEN REGISTERED IN THIS OR ANY STATE AND AT THE TIME OF DELIVERY THE MOBILE/MANUFACTURED HOME WAS SUBJECT
TO THE FOLLOWING SECURITY INTERESTS AND NONE OTHER AND WARRANT TITLE TO THE MOBILE/MANUFACTURED HOME.

| AMOUNT OF LIEN | DATE OF LIEN | KIND OF LIEN | IN FAVOR OF |
|---|---|---|---|

LIENHOLDER'S
ADDRESS
DEALER _____     BY: _____
NAME OF DEALERSHIP        AUTHORIZED SIGNATURE OF DEALER     TITLE OR POSITION

Being duly sworn upon oath says that the
statements set forth are true and correct.
State of _____      Subscribed and sworn to me before me this
County of _____     day of _____, 20___
                              _____ Notary Public     Notary Seal

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**EXHIBIT E**



en español

# Kratom

---

## Highlights

- "Kratom" commonly refers to an herbal substance that can produce opioid- and stimulant-like effects. Kratom and kratom-based products are currently legal and accessible in many areas, though U.S. and international agencies continue to review emerging evidence to inform kratom policy.[1]

- While there are no uses for kratom approved by the U.S. Food and Drug Administration, people report using kratom to manage drug withdrawal symptoms and cravings (especially related to opioid use), pain, fatigue and mental health problems.[2,3,4] NIDA supports and conducts research to evaluate potential medicinal uses for kratom and related chemical compounds.

- NIDA also supports research towards better understanding the health and safety effects of kratom use. Rare but serious effects have been reported in people who use kratom, including psychiatric, cardiovascular, gastrointestinal and respiratory problems.[1,5] Compared to deaths from other drugs, a very small number of deaths have been linked to kratom products and nearly all cases involved other drugs or contaminants.[1,6,7,8,9,10]

---

## What is kratom?

"Kratom" refers to both *Mitragyna speciosa,* a tree native to Sou[...] products derived from its leaves that are marketed as herbal supplements.

Back to Top

Kratom leaves contain many chemical compounds (known as bioactive alkaloids) that can affect the body. The most well-studied compounds related to kratom are mitragynine and 7-hydroxymitragynine.[1] (See How do kratom compounds work in the brain?)

Much is still unknown about chemical compounds related to kratom, the short- and long-term health and safety impacts of kratom use and kratom's potential therapeutic uses. NIDA supports and conducts research on kratom and related chemical compounds to help inform kratom policy and health decision-making around kratom use. (See How is NIDA advancing research on about kratom?)

While kratom or its related compounds have not been approved by the U.S. Food and Drug Administration as safe and effective for any medical use, people report using kratom products to alleviate drug withdrawal symptoms and cravings (particularly for opioids), to alleviate pain and to help manage mental health problems.[3,4,11,12,13,14,15,16] (See Why do people use kratom?) NIDA is particularly interested in studying how kratom use may impact opioid use, which continues to drive the drug overdose epidemic in the United States.

People typically use kratom by swallowing raw plant matter in capsule or powder form, mixing kratom powder into food or drinks, brewing the leaves as a tea, or taking liquid kratom extract.[1] People who use kratom report both stimulant-like effects (increased energy, alertness and rapid heart rate) and effects that are similar to opioids and sedatives (relaxation, pain relief and confusion).[10,17] Studies and case reports have also indicated rare adverse effects may be associated with kratom or individual kratom compounds.[1,9] (See How does kratom affect the body?; Is kratom safe?)

Anthropologists report that kratom has been used in Southeast Asia for hundreds of years as a multi-purpose remedy in traditional medicine, to increase alertness and energy while working and during social gatherings.[18] While estimates of the scope of kratom use in the United States vary,[19] the expansion of kratom vendors

and increasing case reports suggest kratom use has become more common over the past two decades.[20]

# How does kratom affect the body?

Researchers are still learning how kratom and kratom compounds affect the body, as well as how short- and long-term kratom use may impact health. While evidence is quickly evolving, early studies have revealed important information about how the drug works.

- **Effects may vary widely.** Like all drugs, kratom's effects may depend on the amount taken, potency (concentration and strength), formulation of the product, the way it is ingested, other drugs in a person's system, a person's underlying medical conditions, and a person's previous experience with the substance, among other factors.[3, 4, 17] Importantly, kratom products vary, so effects are difficult to predict. Some kratom products have been found to contain contaminants that produce effects not associated with kratom or kratom compounds alone.[6, 7, 21] Learn more: <u>Is kratom safe?</u>

- **Kratom produces opioid- and stimulant-like effects.** People who use kratom report both stimulant-like effects (increased energy, alertness and rapid heart rate) and effects that are similar to opioids and sedatives (relaxation, pain relief and confusion). While many people who use kratom report that smaller doses of kratom produce stimulant-like effects and larger doses produce opioid- or sedative-like effects,[4] studies have not yet established that these effects depend on the amount or method of kratom consumed.[10, 17]

- **Mitragynine, 7-hydroxymitragynine, and other kratom compounds drive these effects.** The effect of kratom products can vary depending on the concentration and combination of specific kratom compounds within the product. While kratom leaves contain many chemical compounds that may influence the human body, the most well-studied is mitragynine. When ingested, mitragynine breaks down into another chemical called 7-hydroxymitragynine, which also influences the body and is an important subject of research.[22] Learn more: <u>How do kratom compounds work in the brain?</u>

- **Adverse effects range from mild to severe.** Some people who use kratom have reported mild side effects, such as nausea, constipation, dizziness and drowsiness.[3, 4] In case reports, clinicians report seeing patients with a wide range of rare but serious adverse effects associated with kratom exposure—including mental and neurological symptoms (confusion, tremors and seizures), heart and lung problems (high blood pressure and slow breathing), gastrointestinal problems (nausea and vomiting) and liver problems.[1, 23] A very

small number of deaths have been linked to kratom products, and nearly all cases involved other drugs or contaminants.[1,6, 7, 8, 21, 24] (See [Is kratom safe?](#))

- **Drug interactions may influence effects.** Studies suggest many people who use kratom also use other drugs and have conditions for which medications are often prescribed.[3, 4, 17] Case reports suggest using kratom in combination with other drugs (sometimes called polysubstance use) may produce severe adverse effects, such as liver problems or even death.[25] More research is needed to better understand the impact of using kratom in combination with other substances. (See [Is kratom safe?](#))

- **Long-term health effects are not well understood.** Because kratom research is relatively new compared to more widely used drugs, there is little evidence to determine how kratom use may affect someone over time. Case reports do show regular, long-term, kratom use in large amounts may be associated with serious liver problems. These cases appear to occur unpredictably in a small minority of people who use kratom, and it is unclear what role other substances and underlying health conditions may play.[9, 26] (See [Is kratom safe?](#)) Researchers are also still learning how often and to what extent people who use kratom experience withdrawal or substance use disorder symptoms related to kratom use. Learn more: [Is kratom addictive? Do people experience kratom withdrawal?](#)

- **Research on potential therapeutic effects of kratom is ongoing.** Researchers have not proven kratom to be safe or effective for any medical purpose, though kratom has been used in traditional medicine.[18] Many people who use kratom products report doing so to self-treat pain, anxiety, depression, fatigue, and drug cravings and withdrawal symptoms (especially related to opioid use).[1, 3] NIDA supports and conducts research on therapeutic uses of kratom and related compounds. Learn more: [Could kratom be used as medicine?](#)

# How do kratom compounds work in the brain?

Kratom leaves contain many chemical compounds (known as bioactive alkaloids) that influence the body. The most well-studied kratom-related compounds are mitragynine and 7-hydroxymitragynine. Mitragynine is found in kratom leaves and breaks down into 7-hydroxymitragynine in the body when digested.[22, 27] Both activate mu-opioid receptors (specific molecular structures on the surface of nerve cells), but the resulting effects only partially compare to those of [opioids](#) like [heroin](#) or oxycodone.[28]

Some research suggests that mitragynine and 7-hydroxymitragynine may not cause some of the more serious adverse effects associated with opioid use—such as respiratory depression (trouble breathing)—that can occur during a life-threatening opioid overdose.[29] Scientists also have observed that mitragynine may bind to adrenergic receptors, serotonin receptors and dopamine receptors, which may be responsible for some of the arousing effects some people who use kratom report experiencing.[1, 30, 31]



Credit: NIDA

2D chemical structures of kratom compounds mitragynine (top) and 7-hydroxymitragynine (bottom).

Better understanding where and how kratom compounds work in the brain is an active area of NIDA-funded research. This basic research plays an important role in identifying kratom's health effects and potential therapeutic uses. Learn more: How is NIDA advancing research on kratom?

# How is NIDA advancing research on kratom?

Scientific research on kratom is relatively new compared to research on more widely used drugs. Much is still unknown about chemical compounds related to kratom, the short- and long-term health and safety impacts of kratom use and kratom's potential therapeutic uses. In response to reports of increases in kratom exposures in the United States[6] and emerging questions about kratom and its health effects, NIDA is supporting research on kratom's use, effects, mechanisms and therapeutic potential.

To help inform kratom policy and health decision-making around kratom use, NIDA conducts and supports research on how kratom compounds work in the

brain, as well as research on kratom use patterns, health effects, therapeutic uses and drug interactions. Because many people who use kratom also report using or previously using opioids and experiencing opioid use disorder, [2, 3] NIDA is particularly interested in studying how kratom use may impact opioid use, which has driven the drug overdose epidemic in the United States. Early studies have found that some people report using kratom to ease craving and withdrawal symptoms associated with other substances, including opioids and stimulants.[5, 11, 13, 14, 15, 16]

NIDA and the NIH HEAL (Helping to End Addiction Long-term®) Initiative are supporting several studies evaluating kratom and related compounds as potential treatments for chronic pain and for opioid withdrawal and opioid use disorder. One of these projects (also supported by the National Center for Advancing Translational Sciences and National Institute of Neurological Disorders and Stroke) includes efforts to help develop new medications, including kratom-derived products, as potential treatments for opioid use disorder.

NIDA also supports preclinical research to better understand how multiple kratom compounds produce complex pharmacological and behavioral effects, to evaluate kratom as a potential therapy for opioid use disorder and to investigate the chemistry and biology of kratom-derived compounds for their use as therapeutic drugs and as research tools. (See Could kratom be used as medicine?)

See more NIDA-funded projects related to kratom, and learn more about clinical trials involving kratom.

# What is the scope of kratom use in the United States?

Among people aged 12 or older in 2021, an estimated 0.6% (or about 1.7 million people) reported using kratom in the past 12 months (2021 DT 8.22).*
Source: 2021 National Survey on Drug Use and Health**

\* Estimates of how many people regularly use kratom vary.[19]

\*\* The COVID-19 pandemic had an impact on data collection for the 2021 National Survey on Drug Use and Health (NSDUH). For more information, please see the 2021 NSDUH Frequently Asked Questions from the Substance Abuse and Mental Health Services Administration.

# Why do people use kratom?

NIDA conducts and supports research to better understand the diverse reasons people use kratom.[3] Kratom has been used in its native Southeast Asia for centuries to produce opioid- and stimulant-like effects, including increased energy and relaxation.[18] (See How does kratom affect the body?)

In recent years, studies suggest people across the globe use kratom for these and many other reasons.[1, 3, 4] Researchers have found that people report using kratom to alleviate pain, to address symptoms of mental health conditions like anxiety and depression, to help stop or reduce opioid or other substance use and to manage withdrawal symptoms and cravings related to opioids and other drugs. Most report multiple reasons for using kratom.[3, 11, 32]

While research is underway to explore possible therapeutic benefits (see Could kratom be used as medicine?), kratom products have not been demonstrated to be safe and effective for any medical condition. Of note, safe and effective medications are approved to help control withdrawal symptoms and cravings associated with opioid use disorder, as well as other substance use disorders. Learn more about pain treatment from the NIH Pain Consortium and about mental health treatment from the National Institute of Mental Health.

# Is kratom safe?

U.S. and international agencies have expressed concern that kratom products may cause serious harm.[1] There are no uses for kratom approved by the U.S. Food and Drug Administration (FDA), and the FDA has warned consumers not to use kratom products because of potential adverse effects.

The FDA, the U.S. Centers for Disease Control and Prevention and NIDA support and conduct research to measure and better understand the short- and long-term safety risks of kratom use and inform policy around kratom regulation.

Currently, several safety issues related to kratom have been identified:

- **Kratom products may contain harmful contaminants.** There are no uses for kratom approved by the FDA, and kratom products have been found to contain contaminants that produce effects not associated with kratom or kratom compounds alone, including heavy metals and harmful bacteria.[1, 6, 7, 8, 21] Of note, researchers and regulators have found similar instances of contamination in many other products marketed as herbal supplements.[33, 34] Read more about supplement regulation from the FDA.

- **Adverse effects range from mild to severe.** Some people who use kratom have reported mild side effects, such as nausea, constipation, dizziness and drowsiness.[3, 4] In case reports, clinicians report seeing patients with a wide range of very rare but serious adverse effects associated with kratom exposure—including mental and neurological symptoms (confusion, tremors and seizures), heart and lung problems (high blood pressure and slow breathing), gastrointestinal problems (nausea and vomiting) and liver problems.[1, 23] Researchers continue to study potential adverse effects in humans, animal models and cells, including possible damage to the cardiovascular system.[10, 23, 35] (See How does kratom affect the body?)

- **A very small number of deaths have been linked to kratom products compared to deaths from other drugs.**[1, 6, 7, 8, 24] While more research is needed, it appears that fatal overdose from kratom use alone is extremely rare. A 2019 report found that 11 deaths between 2011 and 2017 in the United States were associated with kratom exposure, including two deaths associated with kratom exposure alone.[6] In contrast, during that same period, more than 200,000 people died from opioid-related overdose.[36]

- **Drug interactions may influence effects.** Studies suggest many people who use kratom also use other drugs and have conditions for which medications are often prescribed,[3, 4, 17] and case reports suggest polysubstance use (the use of multiple drugs) involving kratom has been associated with severe adverse effects, such as death and liver problems.[25] More research is needed in this area to assess the safety of using kratom in combination with other substances.

- **Long-term health and safety effects are not well understood.** Because kratom research is relatively new compared to research on more widely used drugs, there is little evidence to determine how kratom use may affect someone over time. Case reports do show regular, long-term, kratom use in large amounts may be associated with serious liver problems. These cases appear to occur unpredictably in a small minority of people who use kratom, and it is unclear what role other substances and underlying health conditions may play.[9, 26]

- **Effects on pregnancy are not well understood.** Very little research is available on kratom use before, during and after pregnancy, but there have been reports of opioid-like neonatal abstinence syndrome in infants born to women who regularly use kratom.[37] Learn more: How does kratom use affect pregnancy?

- **Safety effects of intoxication are not well understood.** The impact of kratom intoxication (taking enough to be impaired) on driving, operating heavy machinery, or performing other tasks that could be dangerous if impaired has not been extensively studied.[9, 38, 39]

Learn more about kratom and safety from the FDA.

# How does kratom use affect pregnancy?

Very little research is available on kratom use before, during and after pregnancy. A 2021 report suggests that many cases of kratom use during pregnancy likely also involve the use of other substances, and the effects of kratom alone on pregnancy are difficult to determine without further research. The same report identified at least five cases of opioid-like neonatal abstinence syndrome in infants born to women who regularly used kratom but not opioids. The infants in these

cases all responded well to standard treatments given to infants experiencing neonatal abstinence syndrome related to opioids.[37]

# Is kratom addictive? Do people experience kratom withdrawal?

NIDA conducts and supports research to better understand how often and to what extent people who use kratom experience withdrawal and substance use disorder symptoms related to kratom use.

To be diagnosed with a substance use disorder, a person must meet specific diagnostic criteria for continued, compulsive substance use despite negative consequences. The *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition* (DSM-5)—a reference text published by the American Psychiatric Association that health professionals use to diagnose substance use disorders and other psychiatric disorders—does not include a specific diagnosis related to kratom use.[40] However, some researchers studying kratom have modified criteria to study kratom use patterns and symptoms that resemble other substance use disorders.[3]

Studies suggest people may experience mild to moderate withdrawal symptoms when they stop regular kratom use,[41, 42] but more research is needed to understand to what extent people develop substance use disorder symptoms related to kratom.[1, 3, 9]

Preliminary data from anonymous surveys of people who use kratom suggest a minority of people report experiencing kratom-related withdrawal symptoms and a smaller minority report experiencing substance use disorder symptoms related to kratom use.[3]

Some experts are concerned about kratom's addictive potential because the main kratom compounds, mitragynine and 7-hydroxymitragynine, partially activate the same receptors (specific molecular structures on the surface of nerve cells) in the brain on which drugs with known addictive properties act. However, researchers have observed that the way kratom compounds activate these receptors may reduce the potential for addiction relative to opioids.[28, 29, 30, 31] Further, studies in animal models indicate that the addictive potential of mitragynine and 7-hydroxymitragynine may differ from one another.[43] Further research is needed to better understand how various compounds related to kratom interact to influence the risk of withdrawal and addiction. (See How do kratom compounds work in the brain?)

# How are withdrawal and substance use disorder symptoms related to kratom use treated?

While withdrawal and substance use disorder symptoms related to kratom use have not been extensively studied, some people who use kratom report experiencing them.[1, 3, 9] (See Is kratom addictive? Do people experience kratom withdrawal?) There are currently no approved medical therapies for these conditions. In very limited cases, some researchers have reported using medications[44, 45, 46] and other therapies[47] to address withdrawal and substance use disorder symptoms related to kratom use[41] in humans and animal models—though robust clinical trials are still needed to evaluate these and other experimental treatment options.

See more information on seeking substance use treatment and other medical attention.

# Could kratom be used as medicine?

NIDA and other institutes at NIH support and conduct research to evaluate potential medicinal uses for kratom and kratom compounds. While kratom has not been proven safe or effective for any medical purpose, kratom has been used in traditional medicine in some countries,[1, 18] and many people who use kratom report doing so to self-medicate for pain, anxiety, depression, substance use disorders and substance withdrawal.[1, 3, 11] Studies in animal models suggest kratom and related compounds potentially have other therapeutic properties, such as antidepressant and pain-relieving properties, that may warrant further study.[1, 48]

Of particular interest to NIDA, early studies suggest kratom and kratom compounds warrant further study as experimental treatments for substance use disorders, specifically opioid use disorder.[9, 48] Such treatments are urgently needed to help curb the drug overdose epidemic in the United States. NIDA and its partners conduct and support research evaluating kratom and related compounds as potential treatments for chronic pain and for opioid withdrawal and opioid use disorder. Learn more: How is NIDA advancing research on kratom?

# Is kratom legal?

While kratom use or sale has been banned or restricted in several countries,[9] kratom products are currently legal and accessible online[49] and in stores in many areas of the United States. The U.S. Drug Enforcement Administration (DEA) has listed kratom as a "drug of concern," though kratom and kratom compounds are not listed on the U.S. schedule of controlled substances.

In 2021, the World Health Organization's (WHO) Expert Committee on Drug Dependence ↗ (ECDD) examined the evidence on kratom's health effects and concluded that there is insufficient evidence of adverse effects that would warrant additional critical review or inclusion in the United Nations list of internationally controlled substances ↗. (See the full WHO ECDD report on

kratom ↗.) Kratom remains on the list of substances under surveillance by the WHO ECDD.

Learn more about kratom and its legal status in the United States from the Drug Enforcement Administration (DEA).

# Find More Resources on Kratom

- Learn more about kratom regulation and safety from the U.S. Food and Drug Administration (FDA).
- Learn more about kratom and its legal status from the Drug Enforcement Administration (DEA).
- Learn more about kratom products marketed as herbal supplements from the National Institutes of Health (NIH) National Center for Complementary and Integrative Health (NCCIH).

# References

1. United Nations, Commission on Narcotic Drugs. Summary of assessments, findings and recommendations of the 44th World Health Organization's (WHO) Expert Committee on Drug Dependence (ECDD), 11–15 October 2021. ↗ Vienna; 9-10 December 2021. Report No. E/CN.7/2021/CRP.12 [1]

2. Palamar JJ. Past-year kratom use in the U.S.: Estimates from a nationally representative sample. ↗ Am J Prev Med. 2021;61(2):240-245. doi:10.1016/j.amepre.2021.02.004 [2]

3. Garcia-Romeu A, Cox DJ, Smith KE, Dunn KE, Griffiths RR. Kratom (Mitragyna speciosa): User demographics, use patterns, and implications for the opioid epidemic. ↗ Drug Alcohol Depend. 2020;208:107849. doi:10.1016/j.drugalcdep.2020.107849 [3]

4. Grundmann O. Patterns of Kratom use and health impact in the US-Results from an online survey. ↗ Drug Alcohol Depend. 2017;176:63-70. doi:10.1016/j.drugalcdep.2017.03.007 [4]

5. Leong Bin Abdullah MFI, Singh D. The adverse cardiovascular effects and cardiotoxicity of kratom (Mitragyna speciosa korth.): A comprehensive review. ↗ Front Pharmacol.

2021;12:726003. Published 2021 Sep 27. doi:10.3389/fphar.2021.726003 [5]

6. Post S, Spiller HA, Chounthirath T, Smith GA. Kratom exposures reported to United States poison control centers: 2011-2017. ⧉ Clin Toxicol (Phila). 2019;57(10):847-854. doi:10.1080/15563650.2019.1569236 [6]

7. Kronstrand R, Roman M, Thelander G, Eriksson A. Unintentional fatal intoxications with mi-tragynine and O-desmethyltramadol from the herbal blend Krypton. ⧉ J Anal Toxicol. 2011;35(4):242-247. doi:10.1093/anatox/35.4.242 [7]

8. Henningfield JE, Grundmann O, Babin JK, Fant RV, Wang DW, Cone EJ. Risk of death associ-ated with kratom use compared to opioids. ⧉ Prev Med. 2019;128:105851. doi:10.1016/j.ypmed.2019.105851 [8]

9. United Nations, Expert Committee on Drug Dependence. Pre-review report: Kratom (Mytragyna speciosa), mitragynine, and 7-hydroxymitragynine. ⧉ 11–15 October 2021. Geneva. [9]

10. Leong Bin Abdullah MFI, Singh D, Swogger MT, Rahim AA, Vicknasingam B. The prevalence of psychotic symptoms in kratom (Mitragyna speciosa korth) users in Malaysia. ⧉ Asian J Psychiatr. 2019;43:197-201. doi:10.1016/j.ajp.2019.07.008 [10]

11. Smith KE, Rogers JM, Schriefer D, Grundmann O. Therapeutic benefit with caveats?: Analyzing social media data to understand the complexities of kratom use. ⧉ Drug Alcohol Depend. 2021;226:108879. doi:10.1016/j.drugalcdep.2021.108879 [11]

12. Singh D, Narayanan S, Vicknasingam B, et al. The use of kratom (Mitragyna speciosa korth) among people who co-use heroin and methamphetamine in Malaysia. ⧉ J Addict Med. 2021;10.1097/ADM.0000000000000876. doi:10.1097/ADM.0000000000000876 [12]

13. Vicknasingam B, Narayanan S, Beng GT, Mansor SM. The informal use of ketum (Mitragyna speciosa) for opioid withdrawal in the northern states of peninsular Malaysia and implica-tions for drug substitution therapy. ⧉ Int J Drug Policy. 2010;21(4):283-288. doi:10.1016/j.-drugpo.2009.12.003 [13]

14. Saref A, Suraya S, Singh D, et al. Self-Report Data on regular consumption of illicit drugs and HIV risk behaviors after kratom (Mitragyna Speciosa korth) initiation among illicit drug users in Malaysia. ⧉ J Psychoactive Drugs. 2020;52(2):138-144. doi:10.1080/02791072.2019.1686553 [14]

15. Smith KE, Lawson T. Prevalence and motivations for kratom use in a sample of substance users enrolled in a residential treatment program. ⧉ Drug Alcohol Depend. 2017;180:340-348. doi:10.1016/j.drugalcdep.2017.08.034 [15]

16. Boyer EW, Babu KM, Macalino GE. Self-treatment of opioid withdrawal with a dietary sup-plement, kratom. ⧉ Am J Addict. 2007;16(5):352-356. doi:10.1080/10550490701525368 [16]

17. Singh D, Narayanan S, Grundmann O, Dzulkapli EB, Vicknasingam B. Effects of Kratom (*Mitragyna Speciosa* korth) use in regular users. ⬚ *Subst Use Misuse*. 2019;54(14):2284-2289. doi:10.1080/10826084.2019.1645178 [17]

18. Cinosi E, Martinotti G, Simonato P, et al. Following "the roots" of kratom (*Mitragyna speciosa*): The evolution of an enhancer from a traditional use to increase work and productivity in southeast Asia to a recreational psychoactive drug in western countries ⬚. *Biomed Res Int*. 2015;2015:968786. doi:10.1155/2015/968786 [18]

19. Henningfield JE, Grundmann O, Garcia-Romeu A, Swogger MT. We need better estimates of kratom use prevalence. ⬚ *Am J Prev Med*. 2022;62(1):132-133. doi:10.1016/j.amepre.2021.07.022 [19]

20. Prozialeck WC, Jivan JK, Andurkar SV. Pharmacology of kratom: an emerging botanical agent with stimulant, analgesic and opioid-like effects. *J Am Osteopath Assoc*. 2012;112(12):792-799. [20]

21. Dixon RB, Waggoner D, Davis M, Rembold K, Dasgupta A. Contamination of some kratom products with *Salmonella*. *Ann Clin Lab Sci*. 2019;49(5):675-677. [21]

22. Eastlack SC, Cornett EM, Kaye AD. Kratom-pharmacology, clinical implications, and outlook: A comprehensive review. *Pain Ther*. 2020;9(1):55-69. doi:10.1007/s40122-020-00151-x [22]

23. Graves JM, Dilley JA, Terpak L, et al. Kratom exposures among older adults reported to U.S. poison centers, 2014-2019. ⬚ *J Am Geriatr Soc*. 2021;69(8):2176-2184. doi:10.1111/jgs.17326 [23]

24. Eggleston W, Stoppacher R, Suen K, Marraffa JM, Nelson LS. Kratom use and toxicities in the United States. ⬚ *Pharmacotherapy*. 2019;39(7):775-777. doi:10.1002/phar.2280 [24]

25. Veltri C, Grundmann O. Current perspectives on the impact of Kratom use. ⬚ *Subst Abuse Rehabil*. 2019;10:23-31. Published 2019 Jul 1. doi:10.2147/SAR.S164261 [25]

26. Schimmel J, Dart RC. Kratom (*Mitragyna speciosa*) liver injury: A comprehensive review. ⬚ *Drugs*. 2020;80(3):263-283. doi:10.1007/s40265-019-01242-6 [26]

27. Kruegel AC, Uprety R, Grinnell SG, et al. 7-Hydroxymitragynine is an active metabolite of mitragynine and a key mediator of its analgesic effects. ⬚ *ACS Cent Sci*. 2019;5(6):992-1001. doi:10.1021/acscentsci.9b00141 [27]

28. Kruegel AC, Gassaway MM, Kapoor A, et al. Synthetic and receptor signaling explorations of the mitragyna alkaloids: Mitragynine as an atypical molecular framework for opioid receptor modulators. ⬚ *J Am Chem Soc*. 2016;138(21):6754-6764. doi:10.1021/jacs.6b00360 [28]

29. Váradi A, Marrone GF, Palmer TC, et al. Mitragynine/corynantheidine pseudoindoxyls as opioid analgesics with mu agonism and delta antagonism, which do not recruit

β-arrestin-2. ⬀ *J Med Chem*. 2016;59(18):8381-8397. doi:10.1021/acs.jmedchem.6b00748 [29]

30. Matsumoto K, Mizowaki M, Suchitra T, Murakami Y, Takayama H, Sakai S, et al. Central antinociceptive effects of mitragynine in mice: contribution of descending noradrenergic and serotonergic systems. Eur J Pharmacol. 1996;317(1):75–81. [30]

31. Hanapi NA, Chear NJ, Azizi J, Yusof SR. Kratom alkaloids: Interactions with enzymes, receptors, and cellular barriers. ⬀ *Front Pharmacol*. 2021;12:751656. Published 2021 Nov 17. doi:10.3389/fphar.2021.751656 [31]

32. Coe MA, Pillitteri JL, Sembower MA, Gerlach KK, Henningfield JE. Kratom as a substitute for opioids: Results from an online survey. ⬀ *Drug Alcohol Depend*. 2019;202:24-32. doi:10.1016/j.drugalcdep.2019.05.005 [32]

33. Charen E, Harbord N. Toxicity of herbs, vitamins, and supplements. ⬀ *Adv Chronic Kidney Dis*. 2020;27(1):67-71. doi:10.1053/j.ackd.2019.08.003 [33]

34. Hudson A, Lopez E, Almalki AJ, Roe AL, Calderón AI. A review of the toxicity of compounds found in herbal dietary supplements. ⬀ *Planta Med*. 2018;84(9-10):613-626. doi:10.1055/a-0605-3786 [34]

35. Lu J, Wei H, Wu J, et al. Evaluation of the cardiotoxicity of mitragynine and its analogues using human induced pluripotent stem cell-derived cardiomyocytes. ⬀ *PLoS One*. 2014;9(12):e115648. Published 2014 Dec 23. doi:10.1371/journal.pone.0115648 [35]

36. CDC WONDER. Multiple Cause of Death 1999-2020. Centers for Disease Control and Prevention, National Center on Health Statistics. Released December 2021. Accessed January 2022. [36]

37. Wright ME, Ginsberg C, Parkison AM, Dubose M, Sherbondy M, Shores E. Outcomes of mothers and newborns to prenatal exposure to kratom: a systematic review. ⬀ *J Perinatol*. 2021;41(6):1236-1243. doi:10.1038/s41372-021-00952-8 [37]

38. Papsun DM, Chan-Hosokawa A, Friederich L, Brower J, Graf K, Logan B. The trouble with kratom: Analytical and interpretative issues involving mitragynine. ⬀ *J Anal Toxicol*. 2019;43(8):615-629. doi:10.1093/jat/bkz064 [38]

39. Veltri C, Grundmann O. Association of kratom use with impairment: Many legal questions remain. ⬀ *J Anal Toxicol*. 2019;43(5):e8-e9. doi:10.1093/jat/bkz012 [39]

40. American Psychiatric Association. Substance-related and addictive disorders ⬀. *Diagnostic and Statistical Manual of Mental Disorders*. 5th ed. Washington D.C.: 2013. doi:10.1176/appi.books.9780890425596.dsm16 [40]

41. Stanciu CN, Gnanasegaram SA, Ahmed S, Penders T. Kratom withdrawal: A systematic review with case series. ⬀ *J Psychoactive Drugs*. 2019;51(1):12-18. doi:10.1080/02791072.2018.1562133 [41]

42. Singh D, Narayanan S, Vicknasingam BK, et al. Severity of pain and sleep problems during kratom (*Mitragyna speciosa* korth) cessation among regular kratom users. ⧉ *J Psychoactive Drugs*. 2018;50(3):266-274. doi:10.1080/02791072.2018.1443234 [42]

43. Hemby SE, McIntosh S, Leon F, Cutler SJ, McCurdy CR. Abuse liability and therapeutic potential of the Mitragyna speciosa (kratom) alkaloids mitragynine and 7-hydroxymitragynine. *Addict Biol*. 2019;24(5):874-885. doi:10.1111/adb.12639 [43]

44. Khazaeli A, Jerry JM, Vazirian M. Treatment of kratom withdrawal and addiction With buprenorphine. ⧉ *J Addict Med*. 2018;12(6):493-495. doi:10.1097/ADM.0000000000000435 [44]

45. Vento AE, de Persis S, De Filippis S, et al. Case report: Treatment of kratom use disorder with a classical tricyclic antidepressant. ⧉ *Front Psychiatry*. 2021;12:640218. Published 2021 Mar 31. doi:10.3389/fpsyt.2021.640218 [45]

46. Hassan R, Sreenivasan S, Müller CP, Hassan Z. Methadone, buprenorphine, and clonidine attenuate mitragynine withdrawal in rats. ⧉ *Front Pharmacol*. 2021;12:708019. Published 2021 Jul 12. doi:10.3389/fphar.2021.708019 [46]

47. Kalin S, Dakhlalla S, Bhardwaj S. Treatment for kratom abuse in a contingency-management-based MAT setting: A case series. ⧉ *J Opioid Manag*. 2020;16(5):391-394. doi:10.5055/jom.2020.0594 [47]

48. Grundmann O, Brown PN, Henningfield J, Swogger M, Walsh Z. The therapeutic potential of kratom. ⧉ *Addiction*. 2018;113(10):1951-1953. doi:10.1111/add.14371 [48]

49. Williams RS, Nikitin D. The internet market for kratom, an opioid alternative and variably legal recreational drug. ⧉ *Int J Drug Policy*. 2020;78:102715. doi:10.1016/j.drugpo.2020.102715 [49]

March 2022

**EXHIBIT F**

**FDA STATEMENT**

# Statement from FDA Commissioner Scott Gottlieb, M.D. on FDA advisory about deadly risks associated with kratom

**For Immediate Release:**

November 14, 2017

**Statement From:**

The FDA is concerned about harmful unapproved products that have been crossing our borders in increasing numbers. The agency has a public health obligation to act when we see people being harmed by unapproved products passed off as treatments and cures for serious conditions.

Over the past several years, a botanical substance known as kratom has raised significant concerns given its increasing prevalence and potential safety risks. Today, the agency issued a public health advisory related to the FDA's mounting concerns regarding risks associated with the use of kratom.

Kratom is a plant that grows naturally in Thailand, Malaysia, Indonesia and Papua New Guinea. It has gained popularity in the U.S., with some marketers touting it as a "safe" treatment with broad healing properties. Proponents argue that it's a safe substance largely because it's a plant-based product. The FDA knows people are using kratom to treat conditions like pain, anxiety and depression, which are serious medical conditions that require proper diagnosis and oversight from a licensed health care provider. We also know that this substance is being actively marketed and distributed for these purposes. Importantly, evidence shows that kratom has similar effects to narcotics like opioids, and carries similar risks of abuse, addiction and in some cases, death. Thus, it's not surprising that often kratom is taken recreationally by users for its euphoric effects. At a time when we have hit a critical point in the opioid epidemic, the increasing use of kratom as an alternative or adjunct to opioid use is extremely concerning.

It's very troubling to the FDA that patients believe they can use kratom to treat opioid withdrawal symptoms. The FDA is devoted to expanding the development and use of medical therapy to assist in the treatment of opioid use disorder. However, an important part of our commitment to this effort means making sure patients have access to treatments that are proven to be safe and effective. There is no reliable evidence to support the use of kratom as a treatment for opioid

use disorder. Patients addicted to opioids are using kratom without dependable instructions for use and more importantly, without consultation with a licensed health care provider about the product's dangers, potential side effects or interactions with other drugs.

There's clear data on the increasing harms associated with kratom. Calls to U.S. poison control centers regarding kratom have increased 10-fold from 2010 to 2015, with hundreds of calls made each year. The FDA is aware of reports of 36 deaths associated with the use of kratom-containing products. There have been reports of kratom being laced with other opioids like hydrocodone. The use of kratom is also associated with serious side effects like seizures, liver damage and withdrawal symptoms.

Given all these considerations, we must ask ourselves whether the use of kratom – for recreation, pain or other reasons – could expand the opioid epidemic. Alternatively, if proponents are right and kratom can be used to help treat opioid addiction, patients deserve to have clear, reliable evidence of these benefits.

I understand that there's a lot of interest in the possibility for kratom to be used as a potential therapy for a range of disorders. But the FDA has a science-based obligation that supersedes popular trends and relies on evidence. The FDA has a well-developed process for evaluating botanical drug products where parties seek to make therapeutic claims and is committed to facilitating development of botanical products than can help improve people's health. We have issued guidance on the proper development of botanical drug products. The agency also has a team of medical reviewers in the FDA's Center for Drug Evaluation and Research that's dedicated to the proper development of drug applications for botanicals. To date, no marketer has sought to properly develop a drug that includes kratom.

We believe using the FDA's proven drug review process would provide for a much-needed discussion among all stakeholders. Until then, I want to be clear on one fact: there are currently no FDA-approved therapeutic uses of kratom. Moreover, the FDA has evidence to show that there are significant safety issues associated with its use. Before it can be legally marketed for therapeutic uses in the U.S., kratom's risks and benefits must be evaluated as part of the regulatory process for drugs that Congress has entrusted the FDA with. Moreover, Congress has also established a specific set of review protocols for scheduling decisions concerning substances like kratom. This is especially relevant given the public's perception that it can be a safe alternative to prescription opioids.

The FDA has exercised jurisdiction over kratom as an unapproved drug, and has also taken action against kratom-containing dietary supplements. To fulfill our public health obligations, we have identified kratom products on two import alerts and we are working to actively prevent

shipments of kratom from entering the U.S. At international mail facilities, the FDA has detained hundreds of shipments of kratom. We've used our authority to conduct seizures and to oversee the voluntary destruction of kratom products. We're also working with our federal partners to address the risks posed by these imports. In response to a request from the Drug Enforcement Administration (DEA), the FDA has conducted a comprehensive scientific and medical evaluation of two compounds found in kratom. Kratom is already a controlled substance in 16 countries, including two of its native countries of origin, Thailand and Malaysia, as well as Australia, Sweden and Germany. Kratom is also banned in several states, specifically Alabama, Arkansas, Indiana, Tennessee and Wisconsin and several others have pending legislation to ban it.

We've learned a tragic lesson from the opioid crisis: that we must pay early attention to the potential for new products to cause addiction and we must take strong, decisive measures to intervene. From the outset, the FDA must use its authority to protect the public from addictive substances like kratom, both as part of our commitment to stemming the opioid epidemic and preventing another from taking hold.

As a physician and FDA Commissioner, I stand committed to doing my part to prevent illegal substances that pose a threat to public health from taking their grip on Americans. While we remain open to the potential medicinal uses of kratom, those uses must be backed by sound-science and weighed appropriately against the potential for abuse. They must be put through a proper evaluative process that involves the DEA and the FDA. To those who believe in the proposed medicinal uses of kratom, I encourage you to conduct the research that will help us better understand kratom's risk and benefit profile, so that well studied and potentially beneficial products can be considered. In the meantime, based on the weight of the evidence, the FDA will continue to take action on these products in order to protect public health.

The FDA, an agency within the U.S. Department of Health and Human Services, protects the public health by assuring the safety, effectiveness, and security of human and veterinary drugs, vaccines and other biological products for human use, and medical devices. The agency also is responsible for the safety and security of our nation's food supply, cosmetics, dietary supplements, products that give off electronic radiation, and for regulating tobacco products.

# Related Information

- FDA and Kratom (/news-events/public-health-focus/fda-and-kratom)

###

# Inquiries

**Media:**

✉ Lyndsay Meyer (mailto:lyndsay.meyer@fda.hhs.gov)

☎ 240-402-5345

**Consumer:**

☎ 888-INFO-FDA

⟨ More Press Announcements (/news-events/newsroom/press-announcements)

**EXHIBIT G**

10/26/24, 4:33 PM — Statement from FDA Commissioner Scott Gottlieb, M.D., on the agency's scientific evidence on the presence of opioid compounds in kratom, un…

Case 3:23-cv-06202-AMO    Document 67    Filed 12/06/24    Page 71 of 76

**FDA STATEMENT**

# Statement from FDA Commissioner Scott Gottlieb, M.D., on the agency's scientific evidence on the presence of opioid compounds in kratom, underscoring its potential for abuse

**For Immediate Release:**

February 06, 2018

**Statement From:**

Over the past several months, there have been many questions raised about the botanical substance known as kratom. Our concerns related to this product, and the actions we've taken, are rooted in sound science and are in the interest of protecting public health. However, we recognize that there is still much that is unknown about kratom, which is why we've taken some significant steps to advance the scientific understanding of this product and how it works in the body. Today, we're providing details of some of the important scientific tools, data and research that have contributed to the FDA's concerns about kratom's potential for abuse, addiction, and serious health consequences; including death.

Notably, we recently conducted a novel scientific analysis using a computational model developed by agency scientists, which provided even stronger evidence of kratom compounds' opioid properties. These kinds of models have become an advanced, common and reliable tool for understanding the behavior of drugs in the body. We also have learned more about deaths that involved kratom use, and have identified additional adverse events related to this product. This new data adds to our body of substantial scientific evidence supporting our concerns about the safety and abuse potential of kratom.

We have been especially concerned about the use of kratom to treat opioid withdrawal symptoms, as there is no reliable evidence to support the use of kratom as a treatment for opioid use disorder and significant safety issues exist. We recognize the need and desire for alternative treatments for both the treatment of opioid addiction, as well as the treatment of chronic pain. The FDA stands ready to evaluate evidence that could demonstrate a medicinal purpose for kratom. However, to date, we have received no such submissions and are not aware of any evidence that would meet the agency's standard for approval.

## The FDA's PHASE model used to assess kratom

∧
Top ()

Statement from FDA Commissioner Scott Gottlieb, M.D., on the agency's scientific evidence on the presence of opioid compounds in kratom, un…

Federal agencies need to act quickly to evaluate the abuse potential of newly identified designer street drugs for which limited or no pharmacological data are yet available. This is why the FDA developed the Public Health Assessment via Structural Evaluation (PHASE) methodology – a tool to help us simulate, using 3-D computer technology, how the chemical constituents of a substance (such as the compounds/alkaloids found in kratom) are structured at a molecular level, how they may behave inside the body, and how they can potentially affect the brain. In effect, PHASE uses the molecular structure of a substance to predict its biological function in the body. For example, the modelling platform can simulate how a substance will affect various receptors in the brain based on a product's chemical structure and its similarity to controlled substances for which data are already available.

Using this computational model, scientists at the FDA first analyzed the chemical structures of the 25 most prevalent compounds in kratom. From this analysis, the agency concluded that all of the compounds share the most structural similarities with controlled opioid analgesics, such as morphine derivatives.

Next, our scientists analyzed the chemical structure of these kratom compounds against the software to determine its likely biologic targets. The model predicted that 22 (including mitragynine) of the 25 compounds in kratom bind to mu-opioid receptors. This model, together with previously available experimental data, confirmed that two of the top five most prevalent compounds (including mitragynine) are known to activate opioid receptors ("opioid agonists").

The new data provides even stronger evidence of kratom compounds' opioid properties.

The computational model also predicted that some of the kratom compounds may bind to the receptors in the brain that may contribute to stress responses that impact neurologic and cardiovascular function. The agency has previously warned of the serious side effects associated with kratom including seizures and respiratory depression.

The third aspect of the model is the 3-D image we generate to look at not just where these compounds bind, but how strongly they bind to their biological targets. We found that kratom has a strong bind to mu-opioid receptors, comparable to scheduled opioid drugs.

So what does this body of scientific evidence mean? The FDA relies on this kind of sophisticated model and simulation to supplement its data on how patients react to drugs; often as a way to fully elucidate the biological activity of a new substance. The data from the PHASE model shows us that kratom compounds are predicted to affect the body just like opioids. Based on the scientific information in the literature and further supported by our computational modeling and the reports of its adverse effects in humans, we feel confident in calling compounds found in kratom, opioids.

Top ()

Furthermore, this highlights the power of our computational model-based approach to rapidly assess any newly identified natural or synthetic opioids to respond to a public health emergency.

## Learnings from reports of death associated with kratom

We've been carefully monitoring the use of kratom for several years, and have placed kratom products on import alert to prevent them from entering the country illegally. We have also conducted several product seizures. These actions were based, in part, on a body of academic research, as well as reports we have received, suggesting harm associated with its use. And we are not alone in our evaluation and our public health concerns. Numerous countries, states and cities have banned kratom from entering their jurisdictions. We described some of this information in a public health advisory (/news-events/public-health-focus/fda-and-kratom) in November 2017, in which we urged consumers not to use kratom or any compounds found in the plant.

Now, I'd like to share more information about the tragic reports we have received of additional deaths involving the use of kratom. Looking at the information we have received – including academic research, poison control data, medical examiner reports, social science research and adverse event reports – we now have 44 reported deaths associated with the use of kratom. This is an increase since our November advisory, which noted 36 deaths associated with these products. We're continuing to review the newly received reports and will release those soon. But it's important to note that these new reports include information consistent with the previous reports.

Today, we're releasing the reports of the 36 deaths (/news-events/public-health-focus/fda-and-kratom) we referenced in November. These reports underscore the serious and sometimes deadly risks of using kratom and the potential interactions associated with this drug. Overall, many of the cases received could not be fully assessed because of limited information provided; however, one new report of death was of particular concern. This individual had no known historical or toxicologic evidence of opioid use, except for kratom. We're continuing to investigate this report, but the information we have so far reinforces our concerns about the use of kratom. In addition, a few assessable cases with fatal outcomes raise concern that kratom is being used in combination with other drugs that affect the brain, including illicit drugs, prescription opioids, benzodiazepines and over-the-counter medications, like the anti-diarrheal medicine, loperamide. Cases of mixing kratom, other opioids, and other types of medication is extremely troubling because the activity of kratom at opioid receptors indicates there may be similar risks of combining kratom with certain drugs, just as there are with FDA-approved opioids.

⌃
Top ()

However, unlike kratom, FDA-approved drugs have undergone extensive review for safety and efficacy, and the agency continuously tracks safety data for emerging safety risks that were previously unknown. So we have better information about the risks associated with these products; and can better inform the public of new safety concerns. For example, in August 2016 (/drugs/information-drug-class/new-safety-measures-announced-opioid-analgesics-prescription-opioid-cough-products-and), the FDA required a class-wide change to drug labeling to help inform health care providers and patients of the serious risks (including respiratory depression, coma and death) associated with the combined use of certain opioid medications and benzodiazepines. In June 2016 (/drugs/drug-safety-and-availability/fda-drug-safety-communication-fda-warns-about-serious-heart-problems-high-doses-antidiarrheal), the agency also issued a warning that taking significantly high doses of loperamide, including through abuse or misuse of the product to achieve euphoria or self-treat opioid withdrawal, can cause serious heart problems that can lead to death. We also recently took steps (/drugs/drug-safety-and-availability/fda-drug-safety-communication-fda-limits-packaging-anti-diarrhea-medicine-loperamide-imodium) to help reduce abuse of loperamide by requesting packaging restrictions for these products sold "over-the-counter."

Taken in total, the scientific evidence we've evaluated about kratom provides a clear picture of the biologic effect of this substance. Kratom should not be used to treat medical conditions, nor should it be used as an alternative to prescription opioids. There is no evidence to indicate that kratom is safe or effective for any medical use. And claiming that kratom is benign because it's "just a plant" is shortsighted and dangerous. After all, heroin (https://www.drugabuse.gov/publications/drugfacts/heroin) is an illegal, dangerous, and highly-addictive substance containing the opioid morphine, derived from the seed pod of the various opium poppy plants.

Further, as the scientific data and adverse event reports have clearly revealed, compounds in kratom make it so it isn't just a plant – it's an opioid. And it's an opioid that's associated with novel risks because of the variability in how it's being formulated, sold and used recreationally and by those who are seeking to self-medicate for pain or who use kratom to treat opioid withdrawal symptoms. We recognize that many people have unmet needs when it comes to treating pain or addiction disorders. For individuals seeking treatment for opioid addiction who are being told that kratom can be an effective treatment, I urge you to seek help from a health care provider. There are safe and effective, FDA-approved medical therapies available for the treatment of opioid addiction. Combined with psychosocial support, these treatments are effective. Importantly, there are three drugs (buprenorphine, methadone, and naltrexone) approved by the FDA for the treatment of opioid addiction, and the agency is committed to promoting more widespread innovation and access to these treatments to help those suffering

⌃ Top ()

10/26/24, 4:33 PM   Statement from FDA Commissioner Scott Gottlieb, M.D., on the agency's scientific evidence on the presence of opioid compounds in kratom, un…

Case 3:23-cv-06202-AMO   Document 67   Filed 12/06/24   Page 75 of 76

from an opioid use disorder transition to lives of sobriety. There are also safer, non-opioid options to treat pain. We recognize that some patients have tried available therapies, and still have unmet medical needs. We're deeply committed to these patients, and to advancing new, safe and effective options for those suffering from these conditions.



The FDA, an agency within the U.S. Department of Health and Human Services, protects the public health by assuring the safety, effectiveness, and security of human and veterinary drugs, vaccines and other biological products for human use, and medical devices. The agency also is responsible for the safety and security of our nation's food supply, cosmetics, dietary supplements, products that give off electronic radiation, and for regulating tobacco products.

# Related Information

- FDA and Kratom (/news-events/public-health-focus/fda-and-kratom)

- CFSAN Adverse Event Reporting System: Kratom Deaths (December 1, 2017) (/files/about fda/published/CFSAN-Adverse-Event-Reporting-System--Kratom-Deaths-(December-1--2017).pdf)

- FDA Adverse Event Reporting System: Kratom Deaths (February 6, 2018) (/files/drugs/published/Adverse-event-reports-for-Kratom-involving-death.pdf)

- Statement from FDA Commissioner Scott Gottlieb, M.D. on FDA advisory about deadly risks associated with kratom (November 2017) (/news-events/press-announcements/statement-fda-commissioner-scott-gottlieb-md-fda-advisory-about-deadly-risks-associated-kratom)

⌃
Top ()

Statement from FDA Commissioner Scott Gottlieb, M.D., on the agency's scientific evidence on the presence of opioid compounds in kratom, un...

###

---

# Inquiries

**Media:**

✉ Lyndsay Meyer (mailto:lyndsay.meyer@fda.hhs.gov)

📞 240-402-5345

**Consumer:**

📞 888-INFO-FDA

⊖ More Press Announcements (/news-events/newsroom/press-announcements)



Top ()