UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C.M. and M.C., on behalf of ⊞ ,

Plaintiff(s),

v.

MARTIAN SALES, INC., ET⊞ ,

Defendant(s).

Case No. 3:23-cv-06202-AMO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Maeghan E. Whitehead , an active member in good standing of the bar of Texas , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Martian Sales, Inc., Peyton Shea l in the above-entitled action. My local co-counsel in this case is Michelle D. Floyd , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 163031 .

2001 Ross Ave, Ste 4400, Dallas, TX 75201

MY ADDRESS OF RECORD

(214) 922-7100

MY TELEPHONE # OF RECORD

mewhitehead@ktslaw.com

MY EMAIL ADDRESS OF RECORD

Two Embarcadero Center, Ste 1900, San Francisco, CA 94111

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 576-0200

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

mfloyd@ktslaw.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24075270 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 19, 2026                              Maeghan E. Whitehead
                                                 APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Maeghan E. Whitehead  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 19, 2026

HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2